Steven C. Dawson - State Bar #006674
Anita Rosenthal – State Bar # 006199
Sander R. Dawson – State Bar #032243
**DAWSON & ROSENTHAL, PC**
25 Schnebly Hill Road
Sedona, Arizona 86336-4233
Telephone: (928) 282-3111
Facsimile: (928) 282-3126
dandr@dawsonandrosenthal.com

Steven J. German - State Bar No. 014789
Scott B. Seymann – State Bar No. 027215
**BEGAM, MARKS & TRAULSEN, PA**
11201 N. Tatum Blvd., Suite 110
Phoenix, Arizona 85028
Telephone (602) 254-6071
Facsimile (602) 252-0042
steve@bmt-law.com
sseymann@bmt-law.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT OF ARIZONA

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Cheney, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States Life Insurance Company in the City of New York, a foreign insurance company; American General Life Insurance Company, dba AIG Benefit Solutions Connecticut Claim Center, a foreign business entity; Does 1-10; Roes 1-10,<br><br>Defendants. | No. 2:17-CV-00004-PHX-DGC<br><br>**AMENDED NOTICE OF DEPOSITON OF STEVEN PLITT** |

PLEASE TAKE NOTICE that Plaintiff Cynthia Cheney through undersigned counsel, will take the deposition of the person named below at the date, time and location indicated.

The deposition will be before a notary public, or other officer duly authorized by law to take depositions. Said deposition is subject to continuance or adjournment from time to time or place to place until completed.

1   At the time of deposition, pursuant to Fed.R.Civ.P. 30(b)(2) and Fed.R.Civ.P. 34(a)(1)(A), you are requested to produce any documents reviewed in preparation for giving testimony at this deposition.

| | |
|---|---|
| PERSON TO BE EXAMINED: | **Steven Plitt, Esq.** |
| DATE AND TIME: | **Thursday, September 13, 2018** <br> **10:00 a.m.** |
| PLACE OF DEPOSITION: | **Barrett & Matura P.C.** <br> **8925 E. Pima Center Pkway** <br> **Suite 100** <br> **Scottsdale, AZ  85258** <br> **602-792-5721** |

DATED this 4th day of September, 2018

DAWSON & ROSENTHAL, P.C.

/s/ Steven C. Dawson
Steven C. Dawson
Anita Rosenthal
Sander R. Dawson
25 Schnebly Hill Rd.
Sedona, AZ 86336

BEGAM, MARKS & TRAULSEN, PA

Steven J. German
Scott B. Seymann

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2018, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this action.

Courtesy copy emailed to: schedule@canyonstatereporting.com


 /s/  *Viki Ralston*
    Viki Ralston