# EXHIBIT 30

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Cynthia Cheney, an individual,      )
                                    )
            Plaintiff,              )  Case No.:
   v.                               )  2:17-cv-00004-DGC
                                    )
The United States Life Insurance    )
Company In the City of New York, a  )
foreign insurance company; American )
General Life Insurance Company,     )
doing business as AIG Benefit       )
Solutions Connecticut Claim Center, )
a foreign business entity; Does     )
1-10; Roes 1-10,                    )
                                    )
            Defendants.             )
_____)


**THE DEPOSITION OF IRVING ROLLINGHER, M.D.**


Phoenix, Arizona
May 17, 2018
4:09 p.m.


(ORIGINAL)
**PREPARED FOR:**                **REPORTED BY:**
                                 HERDER & ASSOCIATES, LLC
                                 HALEY DAWN WESTRA, RPR
                                 Certified Court Reporter
U.S. DISTRICT COURT              AZ-CR No. 50762

```
 1                        I N D E X

 2    Examination By:                               Page:

 3    MR.  MATURA                                     4

 4    MR.  GERMAN                                     84

 5    MR.  MATURA                                     85

 6

 7

 8                      E X H I B I T S

 9    No. 1      Medical records from Dr.            11
                 Rollingher's office
10

11

12

13                       * * * * *

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE DEPOSITION OF IRVING ROLLINGHER, M.D.,

 2   taken at 4:09 p.m., on May 17, 2018, at the Law Offices

 3   of A LAW FIRM, 11201 North Tatum Boulevard, Suite 110,

 4   Phoenix Arizona, before HALEY DAWN WESTRA, a Certified

 5   Reporter in the State of Arizona.

 6

 7   COUNSEL APPEARING:

 8   For the Defendants The United States Life Insurance
     Company In the City of New York and American General
 9   Life Insurance Company:

10   BARRETT & MATURA, P.C.
     BY:  Mr. Jeffrey C. Matura, Esq.
11   8925 East Pima Center Parkway, Suite 100
     Scottsdale, Arizona  85258
12   jmatura@barrettmatura.com, 602-792-5705

13

14   For the Plaintiff:

15   A LAW FIRM
     BY:  Mr. Steven J. German, Esq.
16   11201 North Tatum Boulevard, Suite 110
     Phoenix, Arizona  85028
17   steve@bmt-law.com, 480-607-9166

18

19

20

21

22

23

24

25
```

```
 1                                    Phoenix, Arizona
                                        May 17, 2018
 2                                        4:09 p.m.

 3

 4                 P R O C E E D I N G S

 5

 6         (Deposition Exhibit No. 1 was marked for

 7    identification by the reporter.)

 8

 9                 IRVING ROLLINGHER, M.D.,

10    a witness herein, having been first duly sworn by the

11    Certified Reporter to speak the truth and nothing but

12    the truth, was examined and testified as follows:

13

14                      EXAMINATION

15    BY MR. MATURA:

16       Q.   Good afternoon, Doctor.  My name is Jeff

17    Matura.  We just met a few minutes ago, I know, but

18    I appreciate your time today.  We'll try to be as

19    efficient as possible, given the late hour of the day.

20            I represent two corporate defendants in a

21    lawsuit brought by Cynthia Cheney, who was, obviously,

22    a patient of yours that we're going to talk to you

23    about today.

24            Can you just give me your full name, please.

25       A.   Sure.  Irving Maurice Rollingher.
```

```
 1        Q.   And if I mispronounce your last name,
 2   I apologize for that.
 3        A.   No worries.
 4        Q.   You've had your deposition taken before,
 5   I assume?
 6        A.   Yes.
 7        Q.   Do you still practice as a physician?
 8        A.   No.
 9        Q.   When did you retire or stop practicing?
10        A.   Essentially, in 2015.
11        Q.   All right.  Do I characterize that as you
12   retiring?
13        A.   Yes.
14        Q.   Okay.  Before you retired, did you work at
15   Town Center Medical Group?
16        A.   Yes.
17        Q.   Is that a medical group that you had an
18   ownership interest in?
19        A.   Yes.
20        Q.   Were you -- were there many doctors who had an
21   ownership interest or just you?
22        A.   There were two of us.
23        Q.   Okay who was the other doctor?
24        A.   Dana Paull.
25        Q.   Is Town Center Medical Group still around
```

6

1    today?

2        A.    No.

3        Q.    Did it cease operations, for lack of a better

4    word, when you retired?

5        A.    Oh, no.  Well, Town Center Medical Group was

6    purchased by Scottsdale Healthcare at the time, and so

7    I think they maintain the name for a while, but

8    essentially it became a part of the -- what is now

9    called HonorHealth.

10            So I worked for them from the time they

11   purchased it until the time I retired.

12       Q.    When was that medical group purchased?

13       A.    Roughly, 2012.

14       Q.    All right.  What type of doctor were you when

15   you were practicing?

16       A.    Internal medicine.

17       Q.    And if this transcript were to be read to

18   someone with zero medical knowledge or experience, how

19   would you describe what internal medicine means?

20       A.    Well, internal medicine is a specialty of

21   medical practice that essentially looks at the entire

22   body.  I used to say we're glorified family physicians.

23            Family doctors typically look after pediatric

24   patients and young adults, adults, and even older

25   patients.

```
 1              An internist typically has an adult practice,
 2   and we practice all the ologies; so there's cardiology,
 3   gastroenterology, neurology, endocrinology, as this
 4   case might, you know, discuss.
 5              But so we have -- we take extra education
 6   beyond a family practitioner or a general practitioner
 7   and cover all the bases.
 8        Q.   Can you give me a rundown of your education,
 9   starting with where and when you went to medical
10   school?
11        A.   Wow, okay.
12              I went to the University of Alberta, did a
13   premed program.  Entered medical school in 1980 and
14   graduated in 1984 from the University of Alberta.  It's
15   in Canada.
16              Then I did a rotating internship at Mount
17   Sinai Hospital in Toronto, Canada.  And I did my
18   internal medicine residency in St. Paul's Hospital in
19   Vancouver, British Columbia.
20              I then went down to UCLA and did a fellowship
21   in geriatrics.
22        Q.   You're from Canada originally?
23        A.   Yes.
24        Q.   Are you still a Canadian?
25        A.   Still a Canadian.
```

```
 1        Q.    Okay when did you come to Arizona?

 2        A.    In 1990.

 3        Q.    You finished your schooling from UCLA in what

 4   year?

 5        A.    1990.

 6        Q.    All right.  So you came to Arizona when your

 7   final -- was it a fellowship at UCLA?

 8        A.    Yes.

 9        Q.    You finished your fellowship at UCLA and then

10   you moved to Arizona to start your practice as an

11   internist?

12        A.    Yes.

13        Q.    Or start working as an internist?

14        A.    Geriatrics and internal medicine, and this was

15   a great area to do both geriatrics and internal

16   medicine.

17        Q.    And define geriatrics for me.

18        A.    Taking care of older patients, typically older

19   than 65.

20        Q.    And what type of issues?

21        A.    Exactly what I just described, almost

22   everything that somebody can have in the specialty

23   realm, you know.

24             So again, we would handle more complicated

25   cases than a family doctor would handle, and we would
```

```
 1    typically focus on the adult or the older adult.
 2         Q.    When did you form Town Center Medical Group?
 3         A.    I believe that was 1995, roughly.
 4         Q.    And that's where you worked until it was
 5    purchased by HonorHealth care or system?
 6         A.    It --
 7         Q.    HonorHealth?
 8         A.    It was actually purchased by Scottsdale
 9    Healthcare because it was before the merger with John
10    C. Lincoln and led to the change of name to
11    HonorHealth.
12         Q.    And you were board certified; is that
13    correct --
14         A.    Yes.
15         Q.    -- in internal medicine?
16         A.    And geriatrics.
17         Q.    And both geriatrics as well?
18         A.    Yes.
19         Q.    Are those still active, or have you let them
20    go since you retired?
21         A.    I was grandfathered in to the internal
22    medicine portion.
23               The geriatrics's portion required ongoing
24    certification, which I let go.
25         Q.    When we say the names do you remember
```

1    Ms. Cheney?

2        A.    Sure.

3        Q.    You probably have some understanding that

4    you're being deposed today because Ms. Cheney has filed

5    a lawsuit.  Are you aware of that?

6        A.    I know she's trying to get her disability

7    benefits.  I'm not sure about the lawsuit, the details.

8        Q.    Fair enough.  So let me be more direct on that

9    issue.

10            You haven't reviewed a copy of the lawsuit

11   that she filed in this case?

12       A.    No.

13       Q.    You have some knowledge, perhaps from her

14   attorney, that she's seeking, in the lawsuit, benefits

15   under a disability policy?

16       A.    Yes, that's what I understand.

17       Q.    Do you have that understanding from what her

18   attorney has told you, or do you have that

19   understanding from some other source?

20       A.    I think just from the attorney.  From --

21       Q.    Mr. German?

22       A.    -- Sheri Sadler, and subsequently Mr. German.

23       Q.    Sure.  Representatives in Ms. Cheney's -- with

24   the lawyer who represents Ms. Cheney?

25       A.    Yes.

```
 1        Q.    You haven't reviewed Ms. Cheney's disability
 2    policy, have you?
 3        A.    No.
 4        Q.    And you haven't spoken to Ms. Cheney about the
 5    nature of her lawsuit or her disability policy, have
 6    you?
 7        A.    No.  I did speak to her about it back in --
 8    I think I completed the forms in 2012.
 9        Q.    Fair enough.  That's a fair point.  And we'll,
10    obviously, look at that as we go through the records
11    today.
12              Let's say from within the last 2 years, have
13    you spoken to Ms. Cheney about her lawsuit or the
14    disability policy?
15        A.    I haven't spoken to her at all.
16        Q.    Doctor, the most efficient way, at least in my
17    mind, for us to have a discussion today is to use
18    records that we received from Town Center Medical Group
19    regarding your care and treatment of Ms. Cheney as our
20    guide.  Okay?
21        A.    Sure.
22        Q.    So what I did before your deposition started,
23    is I marked the records that we've received from Town
24    Center Medical Group as Exhibit 1 to your deposition.
25              I'm going to hand them to you -- or hand
```

1  Exhibit 1 to you in just a second.  But I wanted to

2  tell you that these records should be in chronological

3  order, okay, which I thought was an efficient way to go

4  through the records.

5      A.   Okay.

6      Q.   And I'm going to hand you Exhibit 1 now and

7  just point out some identifiers for us.

8           We lawyers put numbers in the bottom

9  right-hand corner of documents for reference.  We call

10  those "Bates numbers."

11          So, for instance, the first page happens to be

12  Bates No. 1.  Do you see that?

13     A.   Yes.

14     Q.   I will tell you that I do not believe, and I'm

15  almost positive, they are not in numerical order by

16  Bates number; but rather they are in chronological

17  order by document.  Okay?

18     A.   Okay.

19     Q.   And then we'll just use the Bates number

20  reference as I go through.  I don't have questions on

21  every page in this set.  I've just given you the whole

22  set in case we need it for something; but I'm going to

23  point you to specific documents and ask you some

24  questions.  Does that make sense?

25     A.   By all means, yes.

1     Q.    And you're welcome to follow along.  You can
2     unclip it, if it's easier.  Whatever you want to do is
3     fine.
4           So let's start -- we're going to start at the
5     very top, which is Bates No. 1, which appears to me to
6     be a report of treatment that Ms. Cheney received on
7     May 19th, 2006; is that fair?
8     A.    Correct.
9     Q.    What would you call this document we're
10    looking at?  What words do you want me to use to
11    describe this document?
12    A.    This is an annual H&P or annual history and
13    physical.
14    Q.    And this form of a document is generated
15    following a patient's visit to your office?
16    A.    Yes.
17    Q.    And if you remember back in 2006, who would
18    prepare this?  Are you dictating this information?  Do
19    you remember how it worked in 2006?
20    A.    Yes, dictating.
21    Q.    All right.  And is it contemporaneous with
22    meeting with a patient or the same day or shortly
23    thereafter?
24    A.    Usually.
25    Q.    Usually what?

1    A.    Usually the same day or almost immediately

2    after.  My typical pattern would be to see the patient

3    and go into my office and dictate the visit, sometimes

4    at the end of the day.

5         Q.    Fair enough.

6              And if we look at this one, Bates No. 1, for

7    May 9, 2006, again, assuming we've correctly put these

8    in chronological order, this is the first note that

9    I have from your office.

10             Does that seem to make sense to you?  Do you

11   have any recollection of an earlier time frame with

12   Ms. Cheney?

13        A.    Well, I -- I did not have the earlier

14   recollection until I read the note, which refers to a

15   visit in 2005; but there is no note.

16        Q.    All right.  And when you say you've read the

17   note, what are you -- what are you referring to?

18        A.    In preparation for today, I reviewed this

19   note.

20        Q.    The note that -- number 1 that we're looking

21   at?

22        A.    So the annual history and physical, yes.

23        Q.    And there's something in here that references

24   a 2005 visit?

25        A.    "She has been working on a part-time basis

1   since the summer of 2005.  At that time she presented."

2        Q.    I see.

3        A.    So I assumed I had seen Cynthia in 2005.

4        Q.    I see.

5              So the phrase "at that time she presented,"

6   you are presuming means she presented to your office?

7        A.    Uh-huh.

8        Q.    Right?

9        A.    Yes.  And I -- if you go down to the -- one

10  two, three, four -- fifth line, I made a recommendation

11  to her at that time.

12       Q.    Okay.

13       A.    So I just made that assumption.

14       Q.    And it's possible, then, that a note was

15  created for that 2005 visit, it just doesn't exist

16  anymore is what you're saying; you just can't find.  Is

17  that?

18       A.    Correct.

19       Q.    And it happens?

20       A.    It's possible.

21       Q.    We're going back 13 years now, it happens.

22             So let's just look at the history of present

23  illness -- actually, let's back up.

24             She's presenting to your office in May of 2006

25  for an annual updated history and physical; is that

16

1  what this says?

2      A.   Yes.

3      Q.   Chief complaint of type 1 diabetes,

4  constipation, and general medical review.  Do you see

5  that?

6      A.   Yes.

7      Q.   And then history of present illness it says,

8  "She has been working on a part-time basis since the

9  summer of 2005."  Do you see that?

10     A.   Yes.

11     Q.   That sentence would be based upon information

12 that she told you during this visit in May of 2006?

13     A.   Yes.

14     Q.   Do you remember anything else independently of

15 what you read here about what she told you about her

16 work status back in May of 2006?

17     A.   Can you be more specific --

18     Q.   Sure.

19     A.   -- in terms of what she might have brought to

20 the meeting?

21     Q.   You bet.  So --

22     A.   I mean, it is noted there, Jeff.  When you --

23 a history of present illness is largely data that you

24 get, you probably know this --

25     Q.   That's all right.

```
 1        A.    -- from the patient.

 2              So the ancillary data is within that

 3    paragraph, things about fatigue, things about work,

 4    stress.

 5        Q.    Yeah, let me ask a better question.

 6        A.    Okay.

 7        Q.    Because certainly we could all read what's

 8    written on this document and understand that that's

 9    a -- what you've written here is a summary of what she

10    told you during this visit; is that fair?

11        A.    Sure.

12        Q.    I guess my question is more, do you -- outside

13    of what's written here, do you have an independent

14    recollection of also having this conversation with her;

15    or if I asked you what she described to you, would you

16    just simply refer me back to what's written here on

17    this form?

18        A.    Always better to rely on what's written from a

19    physician's perspective and what they recall.

20        Q.    Okay.

21        A.    It's not always as reliable.  I'd like to rely

22    on what's written.

23        Q.    So you don't have an independent recollection,

24    outside of this document, of meeting with her in May of

25    2006, do you?
```

1      A.    I don't have an independent recollection of

2   that particular visit any more than I have of the 2007

3   visit, the 2008 visit.

4           It's kind of, you know, somebody presents for

5   an annual updated history and physical, you go through

6   the process of evaluating them and examining them, and

7   documenting that process.

8      Q.    If you look at the middle of the history of

9   present illness, it says, "We recommended at that time

10  that she reduce her workload and spend less time in the

11  office."  Do you see that?

12     A.    Yes.

13     Q.    Is there anything in here that tells you why

14  that recommendation was made?  What -- is that -- is it

15  because of the prior sentence about the fatigue?  Can

16  you help interpret that for me?

17     A.    Sure.  It's more about the prior sentence of

18  the "very difficult to control and labile diabetes with

19  frequent hypoglycemia and severe post reaction

20  cognitive difficulties."  It's more about that.

21     Q.    Explain that to me in layman's term, if you

22  could.

23     A.    Sure.

24     Q.    Because I'm reading this transcript and

25  I don't understand what those words mean.  Describe

1   that for me, if you could.

2        A.   Sure.  So as a diabetic, you're subject to low

3   blood sugars, episodes of low blood sugars.  You're

4   also subject to episodes of very high blood sugars.

5            Your brain depends on the availability of

6   sugar in order to function.  When your blood sugar

7   drops below a certain threshold, your brain simply

8   isn't going to function.  So that's what happens in

9   terms of hypoglycemic reactions and subsequent

10  cognitive difficulties.  Those would be things like

11  memory, recall.  I'm sorry, go ahead.

12       Q.   I'm sorry, if I interrupted you, go ahead.

13       A.   So just basic normal neurologic function.

14       Q.   So how does a recommendation of reduced

15  workload and spending less time in the office address

16  that condition that was presenting in Ms. Cheney?  How

17  are those two connected?

18       A.   Well, she -- as I recall, she was having

19  episodes of hypoglycemia while she was at work, and

20  work seemed to be exacerbating that.  Her ability to

21  manage her diabetes was impaired by her workload, and

22  specifically what she was doing, I think, which was

23  being a trial lawyer, litigation.  It's very hard to do

24  that, in my estimation, if your blood sugars are low.

25       Q.   And you haven't recommended, at least as of

```
1    May 2006, that she stop work entirely, have you?
2         A.   Not at that time, no.  I don't even think that
3    would have been in Cynthia's vernacular.  She would
4    have said, "No.  I'll work."
5              That's not necessarily very good for a patient
6    anyway.
7         Q.   To stop work entirely?
8         A.   Yeah.
9         Q.   Why not?  Why do you say that?
10             MR. GERMAN:  Form.  And sometimes we'll
11   object.
12             THE WITNESS:  Right.  By all means.
13             MR. GERMAN:  So don't read into it.
14             THE WITNESS:  Okay.
15             Yeah, no, I think we all need to focus, and
16   I think it helps to have a focus.  And if you love what
17   you do, if you have a concomitant disease process, it
18   helps to have another focus.
19   BY MR. MATURA:
20        Q.   Did you get the sense from Ms. Cheney over the
21   years that she loved what she did professionally?
22        A.   Well, I think so, yes.  Yes.
23        Q.   Do you recall any more specifics to that?  Did
24   you guys talk about what she did?  Did she profess, you
25   know, interest or excitement, anything like that?
```

1      A.   Well, I understood that she was a trial lawyer
2    or did a lot of litigation.  And I knew specifically
3    that she did a lot of medical malpractice work and that
4    sort of thing.
5           I also knew that, you know, as a patient, you
6    could recognize very quickly Cynthia is very driven
7    professionally, a type A personality, so...
8      Q.   Do you recall ever learning that Cynthia was
9    also a nurse at one point in time?
10     A.   I can't say I recall specifically; but
11   vaguely, maybe.
12     Q.   Just curious if she ever professed to you an
13   interest in the medicine involved in her work as a
14   lawyer, given her background as a nurse.  Do you
15   remember anything like that; and if not, that's fine.
16   I'm just curious.
17     A.   I should, but I don't.
18     Q.   No, no.  That's all right.  If you don't,
19   that's fine.  It's all right.
20          Okay.  If you turn to the next page, which is
21   Bates No. 2, I had a question, in the "SOCIAL,
22   FUNCTIONAL, AND SYSTEMS REVIEW" paragraph.
23          Do you see that?  It says, "Active and
24   independent"?  Are those terms of art for you?  Does
25   that mean something specific, "active and independent"?

1    A.    "Terms of art," can you explain that?

2    Q.    Yeah, meaning -- well, let me ask it this way.

3          What does "active and independent" mean in the

4    context of this chart or in how you would describe

5    someone?  Does it mean anything different than what the

6    words say on the page to you?

7    A.    No.

8    Q.    They don't have a unique medical meaning to

9    you?

10   A.    Well, I could spend the next hour lecturing on

11   geriatrics.  And this is a functional review as much as

12   it's a systems review, so we always think about

13   geriatric patients in terms of their "functional

14   abilities," quote/unquote.

15   Q.    So --

16   A.    So "active and independent" is maybe part of

17   the art of geriatric medicine, yes.

18   Q.    Let me ask this, and if this is an unfair

19   question, you just tell me.

20         Can you -- looking at this note from May of

21   2006, what is it about Ms. Cheney that would -- you

22   would describe her as "active and independent"; what

23   else is contained within that same paragraph, or is it

24   something different?

25   A.    No, I think it would -- you would recognize

```
 1    her as a person that is active and certainly
 2    independent.
 3           I mean, it's -- how do I explain it?  Her
 4    activity level is what you would expect from an adult
 5    of her age, and her level of function, her independence
 6    similarly.
 7       Q.   All right.  Doctor, we, then, have several
 8    pages of lab results and other tests that were
 9    performed on Ms. Cheney as you flip through the pages.
10    Do you see that?
11       A.   Yes.
12       Q.   And you if you keep flipping, we're going to
13    go -- we'll go to Bates No. 50, it it's about 10 or so
14    pages.  Keep going.  It should be an intake form.
15    There you go.
16           MR. MATURA:  You got it, Steve, number 50?
17    It's right after the Videla form.  Keep going.  One
18    more.  Sorry, one more.
19    BY MR. MATURA:
20       Q.   All right.  Bates No. 50, will you describe
21    this as an intake form for Town Center Medical Group?
22       A.   Yes.
23       Q.   And is this filled out by the patient?
24       A.   Yes.
25       Q.   This appears to be signed by Ms. Cheney in
```

24

1    February of 2007; do you see that at the bottom

2    left-hand corner?

3        A.   Yes.

4        Q.   Do you have the patient fill one of these out,

5    or did you, at that time, during each visit or just get

6    one on file?

7        A.   I think annually.

8        Q.   Annually, okay.

9             And then what was the purpose of this form for

10   your practice?

11       A.   To document their insurance, name, address.

12       Q.   And the other information on the form, such

13   as, you know, phone number or spouse name, et cetera?

14       A.   Yes.

15       Q.   Was there anything -- well, strike that.

16            Back in 2007, was this form provided to you?

17       A.   I often don't see this form.  I don't -- you

18   know, I wouldn't have no real reason to look.  It's

19   mostly for the front office and the billing staff.

20       Q.   All right.  We then have several pages, what

21   appear to be additional intake-type documents that

22   Ms. Cheney signed; is that fair?  If you just flip

23   through the next few pages.

24       A.   Yes.

25       Q.   And then we will come to Bates page number 5,

```
 1    which is after the preprinted intake forms.  It will be
 2    your preoperative consultation.
 3         A.   Okay.
 4         Q.   So are you on Bates No. 5?
 5         A.   Yes.
 6         Q.   Okay.  This is from a February 9, 2007,
 7    preoperative consultation related to a procedure that
 8    Ms. Cheney was going to have with Dr. Videla.  Do you
 9    see that?
10         A.   Uh-huh.  Yes.  Sorry.
11         Q.   That's all right.
12              Do you recall this?  Do you recall that
13    Ms. Cheney had a procedure, or are you just looking at
14    what you see here?
15         A.   I don't recall specifically.
16         Q.   All right.  That's all right.  We're just
17    going to walk through it.
18              We just spoke to Dr. Videla about 3 hours ago.
19         A.   Okay.
20         Q.   An incredibly bright, smart guy.  And he
21    talked about a procedure that he performed on
22    Ms. Cheney in February of 2007.  And he talked about
23    some of the preoperative work with her.
24              And it appears from this document, Bates No.
25    5, that he asked you to provide a preoperative
```

1    consultation of Ms. Cheney, correct?

2        A.    Yes.

3        Q.    In the history of present illness, you write

4    that "She is a delightful fit and active 55-year-old

5    attorney."  Do you see that?

6        A.    Yes.

7        Q.    "She has type 1 diabetes but is in great shape

8    and has lost almost 40 pounds in the past year with a

9    diet and exercise program."  Do you see that?

10       A.    Yes.

11       Q.    Would this all be based upon information that

12   she told you during this visit on February 9?

13       A.    Yes.  But also they get weighed, so...

14             And I suspect that should have been 14, not

15   40.  She has lost almost 14 pounds.

16       Q.    Okay.  All right.  You think 14 as opposed to

17   40?

18       A.    Yeah.  And if you look at the prior visit and

19   this visit, it's 14 pounds, roughly.  It's almost 14.

20   It's 13 and a half.

21       Q.    If you go down another line, it says, "She has

22   excellent control when she is at home and on weekends,

23   but unfortunately runs high during the week while at

24   work so as to prevent what are reasonably frequent

25   episodes of hypoglycemia."  Do you see that?

1     A.    Yes.

2     Q.    It says, "She recognizes them quickly and

3  describes them with the onset of sweats, shakiness and

4  anxiety.  They respond quickly to carbohydrates and she

5  usually treats them with dairy products."  Do you see

6  that?

7     A.    Yes.

8     Q.    And again, this would be based upon

9  information that she's telling you during this visit?

10    A.    Yes.

11    Q.    Is that a fair assumption?

12    A.    Yes.

13    Q.    The use of carbohydrates and dairy products to

14 treat what Ms. Cheney was having, what she described as

15 "sweats, shakiness and anxiety," what is your thoughts

16 on that from a physician's perspective?

17    A.    Well, it's -- it's one way to manage an

18 episode of hypoglycemia.  It's not severe, but it's

19 basically introducing sugar into the system.

20    Q.    Okay.  When -- it says here, "They respond

21 quickly," does that indicate that dairy products and

22 carbohydrates are a way for Ms. Cheney to treat the

23 hypoglycemia, to bring it back into a normal level, to

24 use a layman's term?

25    A.    Yes.

1      Q.    Okay.  We then have more lab reports in
2   Exhibit 1.  We also have some reports -- do you want to
3   point something out?
4      A.    No.
5      Q.    No, okay.
6            If you see something that you want to, you're
7   welcome to interrupt me.
8      A.    Okay.
9      Q.    We, then, if you keep continuing, we have
10  copies of reports from Dr. Armendariz, from The
11  Orthopedic Clinic Association.  Do you see that?
12     A.    Yes.
13     Q.    Okay.  We then get to Bates page 110, which is
14  a Scottsdale Neurology report?
15     A.    Yes.
16     Q.    Are you there?
17     A.    Yes.
18     Q.    Okay is this the wrong patient?
19     A.    Yes.
20     Q.    All right.  And this is just a document that
21  was filed in the wrong patient file?
22     A.    That appears to be the case, yes.
23     Q.    All right.  I started reading it before
24  I recognized the different name, and i'm thinking
25  what --

29

```
 1        A.    So did I.

 2        Q.    -- am I missing here, and I realized it was

 3   the wrong patient name.  So I assumed, of course, it

 4   was just misfiled.

 5             All right.  We then go to Bates page number 9,

 6   which should be the September 26, 2008, report from

 7   your medical group.  Do you see that?

 8        A.    Yes.

 9        Q.    Go ahead.

10        A.    No.

11        Q.    You read?

12        A.    September 26, yes.

13        Q.    Now, the form of your report has changed since

14   we've looked at the first one, but was your process the

15   same, that this information is completed and/or

16   dictated by you, either during or shortly after a

17   patient visit; or do you have someone in the room now

18   with you taking down information?

19        A.    No, but this is indicative of a change to an

20   electronic medical record.

21        Q.    So are you still dictating at that point in

22   time?

23        A.    I would -- my habit was still to kind of

24   combine electronic records with dictated notes at

25   times, yes.
```

1      Q.   And so let's go to the second page of this

2   document, which is Bates No. 10 -- well, actually,

3   excuse me.  I take that back.

4           Bates No. 9 is page 1 of 1, so it's a

5   single-page document for something that happened on

6   September 26, 2008.

7           And then if you look at the very next page,

8   it's October 2nd, 2008.  Do you see that?

9      A.   Uh-huh.

10     Q.   Can you explain anything -- why we have a

11  one-page report from September 26, 2008?

12     A.   I can explain it as possibly a late-in-the-day

13  visit where neither Cynthia or myself wanted to

14  complete the visit, so come back in about a week.

15     Q.   Okay.

16     A.   And...

17     Q.   And that would be -- if we look at Bates page

18  number 10, and it continues through 13, we have a full

19  report for a visit on October 2, 2008, right?

20     A.   Yes.

21     Q.   So let's look at that.

22           The chief complaint listed on the first page

23  is, "Here for follow up evaluation."  Do you see that?

24     A.   Uh-huh.

25     Q.   In the HPI section, you describe her -- her --

```
 1    what's the word I'm looking for -- not characteristics,
 2    but condition?
 3         A.    Yeah, her symptomatology.
 4         Q.    Thank you.   That's what I was trying to think
 5    of.
 6              You then have a sentence in there that says,
 7    "Not working as much."  Do you see that?
 8         A.    Yes.
 9         Q.    Do you have any recollection of what that
10    meant as of October 2008?
11         A.    Only to the extent that I would have been
12    referring to her employment.
13         Q.    Yeah, as much compared to what?  Does that
14    mean, you know, instead of five days a week, four days
15    a week, instead of full day, half day?  Do you have any
16    recollection of that?
17         A.    I don't.
18         Q.    Under the problem list, you list of items from
19    Ms. Cheney, and we have diabetes type 1, juvenile
20    on-set or insulin-dependent.  We then have the word
21    "controlled."  Do you see that?
22         A.    Uh-huh.
23         Q.    What does "controlled" mean in the context of
24    this report?
25         A.    These are ICD-9 diagnoses.  And I believe
```

1    there's an uncontrolled one, controlled one.  There's

2    also one for type 2.

3        Q.    What qualifies as controlled?

4        A.    Well, typically, based on objective measures,

5    like the hemoglobin A1c or a review of the diabetic

6    diary and management of the sugars; if she was having,

7    you know, severe symptom complexes, like hypoglycemia,

8    things like that, hyperglycemia, you would probably

9    tend to say "uncontrolled."

10       Q.    If you look at the last page of this report,

11   which is Bates No. 13, you have your recommendations at

12   the top?

13       A.    Uh-huh.

14       Q.    It says that you reviewed diabetic management

15   in detail with Cynthia.  What does "diabetic

16   management" mean; do you recall?

17       A.    Yeah.  Yes.

18             Diabetic management would mean, you know, a

19   careful monitoring of your blood sugars, titrating

20   insulin regimens, making sure that you're taking care

21   of your eyes and your -- your feet, so following a

22   meticulous diet, getting appropriate exercise, that's

23   all part of diabetic management, and some of the stuff

24   that I mentioned in the next few sentences.

25       Q.    All right.  At the last paragraph of the

1   recommendations, you say, "She has this unusual achy

2   and flu-like feelings in the AM," then you go on to

3   additional information.

4          What do you recall, if anything, or tell me if

5   there's any other reference to it in the report, about

6   that issue, the flu-like feelings in the AM?

7      A.    I think that was part of the history of

8   present illness in the beginning where she said to me

9   she's waking up in the morning, she feels flu-like, she

10  has this arthritis, sometimes joints are achy and

11  tender.

12         So I'm kind of referring to that and beginning

13  to hypothesize over what that might be related to.

14     Q.    Do you recall, or can you see any indication

15  in your report, the -- how long those -- that achy

16  flu-like feelings would last in a day?  I mean, it says

17  in the AM, are we to assume that they would dissipate

18  by midday; is that what you're trying to indicate,

19  or --

20         MR. GERMAN:   Form.

21  BY MR. MATURA:

22     Q.    -- do you remember?

23         MR. GERMAN:   Foundation.

24         THE WITNESS:   I do not.

25

1    BY MR. MATURA:

2        Q.    And if we look at the history of present

3    illness where it referenced "Waking up in the AM feels

4    like flu symptoms," that AM language carries over to

5    your recommendations, just to make sure I'm clear,

6    that's not your characterization of AM, but that's

7    something that she would have told you during the visit

8    on this day, right?

9        A.    Yes, I'm referring back to that.

10       Q.    Okay.  All right.  We can move on.

11             We then have several pages of laboratory

12   results for Ms. Cheney, and we move through this set of

13   documents.  And as --

14       A.    So I will comment for you, Jeff, just to --

15   because she had not had an A1c in here, that I can

16   tell, on October the 2nd for some time, although it's

17   documented as controlled diabetes for A1c, as you see

18   here, is 10.2.

19       Q.    So which Bates number are you looking at?

20       A.    I'm sorry, on page 106.  It's the first lab

21   test after the visit on October the 2nd.

22       Q.    So let's look at that.

23             You have the A1c level of 10.2, that's what

24   you're looking at?

25       A.    Yes.

1    Q.   It's actually circled on the original
2  document, right?
3    A.   Yes.
4    Q.   Is that your handwriting at the bottom of
5  Bates No. 106?
6    A.   Yes.
7    Q.   What does it say?
8    A.   It says, "Needs better control of sugars and
9  cholesterol.  See me please."
10   Q.   And so what does 10.2 indicate?
11   A.   I'd be thinking that's poorly controlled.  And
12  if you wanted to, you could call it uncontrolled.
13   Q.   And the date of this test was 10/15/2008?
14   A.   Yes.
15   Q.   And she reported back to you the next day?
16   A.   Yes.
17   Q.   And the date of the report that we just looked
18  at was 10/2; so obviously, it's, you know, after the
19  report we looked at, correct?
20   A.   Correct.
21   Q.   Okay.  We then move through the series of test
22  results, as well as ultrasound report, and we will
23  eventually get to Bates No. 14, which is a report of a
24  visit from December of 2008.  Keep going.  Keep going.
25  That's the ultrasound report.  And then you

```
 1   have there --
 2        A.   Yes.
 3        Q.   -- which is Bates No. 14, a December 16, 2008,
 4   visit.  Do you see that?
 5        A.   Yes.
 6        Q.   Okay.
 7             MR. MATURA:  Are you there, Steve?
 8             MR. GERMAN:  Yes.
 9   BY MR. MATURA:
10        Q.   Now, let's just look down.  We're going to go
11   to the middle first, and we'll come back up to the top.
12             The problem is we have the same problems
13   identified.  For diabetes type 1, it still says
14   "controlled."  Do you see that?
15        A.   Yes.
16        Q.   All right.  Given the lab result that we saw
17   from October of 2008 that you said could characterize
18   her -- or qualify, I guess, her condition as
19   uncontrolled, but it shows controlled here; does that
20   tell you anything?  Is that significant?
21        A.   I think that her -- between October and
22   December, she's -- you went over all of the lab results
23   and things, and I think if I went through that
24   carefully, I'd see that she had frequent urinary tract
25   infections.  She's not poorly controlled.
```

1      Q.    She's not poorly controlled?

2      A.    Excuse me.  She's not well controlled.

3  She's -- signs and symptoms of being poorly controlled,

4  with recurrent infections and not feeling well.

5      Q.    So how do you explain the reference to

6  "controlled" on the December 16, 2008, report?

7      A.    It's just a problem with -- and it carries on

8  in the medical record on the electronic record.  It's

9  just brought forward each time, so...

10     Q.    But it can --

11     A.    She can change.

12     Q.    Right.  You could change that to

13  "uncontrolled," right?

14     A.    Yes.

15     Q.    Okay let's look at the top of --

16           MR. GERMAN:  Jeff, can you ask really quick?

17           MR. MATURA:  Sure.  Go ahead and ask him.

18           MR. GERMAN:  I think you said that these are

19  ICD codes.

20           THE WITNESS:  ICD-9 codes.

21           MR. GERMAN:  ICD-9 codes.  And what does that

22  mean?

23           THE WITNESS:  The International Classification

24  of Diseases.  And so that describes the condition, a

25  medical condition.

1    BY MR. MATURA:

2      Q.   So explain to me how -- just using this

3   example of controlled for the diabetes type for

4   Ms. Cheney, how does it find its way onto your report?

5   Walk me through what actually happened.

6        Is there is a drop-down box that you check on

7   the computer system; is it -- tell me how that actually

8   worked.

9      A.   Typically, yes, it's a drop-down.   It's a

10   choice that you make.

11      Q.   And each time you would access Ms. Cheney's

12   chart, would it already be prefilled from the

13   information that was there from the prior visit?

14      A.   Could be.

15      Q.   Could be?

16      A.   Yes.

17      Q.   Okay.   So it could be blank, or it could be

18   prefilled; is that...

19      A.   Typically, prefilled.   And then you would have

20   to change it if you felt that you should.

21      Q.   And then, so if you wanted to change it, just

22   using the topic we've been talking about, if you wanted

23   to change it from controlled to uncontrolled, you would

24   go to that section of the report on the computer screen

25   and there'd be some drop-down box that you would click

```
 1    that would have the option of making it uncontrolled?
 2       A.   Yes.
 3       Q.   Okay.  Is that something you do, or do you
 4    have a nurse practitioner doing it, a medical
 5    assistant?
 6       A.   It can be the medical assistant.  It can be
 7    who sets up the chart, which is the medical assistant;
 8    or typically, it should be the physician's
 9    responsibility, so...
10       Q.   And, then, when this is done, do you review
11    the written...
12       A.   Yes.  Do you see under "ASSESSMENT/PLAN" --
13       Q.   Right.
14       A.   -- at the end, that's typically where you
15    generate the codes.  And the codes are used for billing
16    purposes to describe the patient's visit and the
17    patient's condition.
18       Q.   So what does that mean?  Explain that to me.
19    I'm not sure I follow you.
20       A.   The codes that are used for billing?
21       Q.   Well, so let's go to the assessment and plan
22    section, which is Bates No. 16.  And we have -- are you
23    saying 250.01 is a billing code?
24       A.   Yes.
25       Q.   What does that mean in the context of the
```

```
 1   conversation we're having about controlled or
 2   uncontrolled?
 3       A.   It represents the billing code for
 4   controlled --
 5       Q.   I see.
 6       A.   -- type 1 diabetes.
 7       Q.   I see.  So...
 8            MR. GERMAN:  I think they're billing codes,
 9   like CPT codes, ICD-9, ICD-10; so you click something
10   to bill it, right?
11            THE WITNESS:  Correct.
12   BY MR. MATURA:
13       Q.   And there'd be a different code if it were an
14   uncontrolled?
15       A.   I think it's 250.02, or something.  I don't
16   recall.
17       Q.   That would make sense, right.
18            MR. GERMAN:  Is it billed, that same amount
19   billed regardless?
20            THE WITNESS:  Yeah, it doesn't change your --
21   it doesn't change your reimbursement.
22   BY MR. MATURA:
23       Q.   Your rate.
24            So you, as a physician, are making the
25   determination as to whether her diabetes at the time of
```

41

```
 1   this visit qualify as controlled or uncontrolled; and
 2   then whichever one it is, you then input the correct
 3   billing code?
 4       A.   Yes.
 5       Q.   So let's go back to the beginning of this
 6   December 16, 2008, visit, Bates No. 14.  It says the
 7   chief complaint is "Follow up flank pain"?
 8       A.   Yes.
 9       Q.   Do you see that?
10       A.   Uh-huh.
11       Q.   Explain flank pain to me.
12       A.   Your flank is on the side of your body, often
13   related to the kidneys.  And she's having pain on
14   the -- in the side.
15       Q.   And she describes a recent urinary tract
16   infection?
17       A.   Yes.
18       Q.   It then appears from this description that she
19   was thought to have had an E. coli infection?
20       A.   Yes.
21            So in the context of an infection of,
22   typically, a bladder infection, flank pain can -- can
23   be a marker for a more severe infection.
24       Q.   Such as E. coli?
25       A.   Such as a kidney infection.
```

1        Q.    Oh, I see what you're saying?

2        A.    So the E. coli is the bacteria.  It's in the

3    bladder.  And after also having flank pain, the

4    infection may be riding up the ureters and now

5    affecting the kidneys.  So it's kind of an important

6    complaint.

7        Q.    So, okay, I understand.

8              So as she presents with those symptoms, and

9    then if we go back to the assessment and plan section

10   of this report, which is on Bates No. 16, what was the

11   assessment and plan with respect to the symptoms that

12   she presented that day?  It's broken down into two

13   sections, right?  You have the diabetes, and you have

14   the hyperlipidemia?

15       A.    Yes.

16       Q.    So --

17       A.    High cholesterol.  She has...

18       Q.    So let's look at the diabetes section first.

19       A.    Okay.

20       Q.    What was the assessment and plan that's --

21   describe for me what's written here in, you know,

22   layman's terms, if you could.

23       A.    So we prescribed a Glucagon kit.  Glucagon is

24   kind of an emergency response to hypoglycemia.  And

25   diabetic patients, particularly those that are on

```
 1    insulin, can treat themselves very quickly.  It gives
 2    them a burst of sugar very quickly and can reverse a
 3    hypoglycemic event very quickly.
 4         Q.   Okay.
 5         A.   And then the Levemir FlexPen is -- I don't
 6    know -- yeah, a new prescription.
 7              So I think I thought that might -- yeah, I had
 8    thought previously that Levemir would help her with
 9    diabetic control and management, so we're actually
10    re-emphasizing the need for that and making sure she
11    takes that.
12         Q.   The word "FlexPen"; what is that?
13         A.   It's just a delivery mechanism.
14         Q.   Is it literally -- like, what is that delivery
15    mechanism?
16         A.   It's a pen that you turn the dial and inject
17    yourself with a certain number of units.
18         Q.   Okay.  And then the other assessment and plan
19    below the diabetes section is for cholesterol?
20         A.   Yes.
21         Q.   And you're advising what there?
22         A.   That she take Crestor tablets.  It's
23    not that -- she takes a statin.  Crestor is a statin.
24         Q.   What do you mean "statin"?
25         A.   A statin, a cholesterol reducing agent.
```

1          As you recall, her cholesterol levels were

2     noted, back on October 15th, to have been very high.

3          Diabetics should be on statin to protect them

4     from elevated cholesterol.

5     Q.    All right.  If you turn to the next page, we

6     have next, in chronological order, as Bates No. 17,

7     which is a January 11, 2010, note.  Do you see that?

8     A.    Yes.

9     Q.    So the last one we looked at was December of

10    '08.  This one is January of 2010.  I can't locate any

11    from 2009.

12         Do you have any independent recollection of

13    her seeing you in 2009?

14    A.    No.

15    Q.    So the chief complaint for this visit in

16    January of 2010 was fever, chills, sweats, fatigue,

17    loss of appetite, abdominal pain, nausea, vomiting, and

18    flank pain.  Do you see that?

19    A.    Yes.

20    Q.    And let's go to the assessment and plan

21    section, which is Bates No. 19.  Let's talk about what

22    the -- what the plan was for each of her conditions.

23         So first, we have diabetes type 1

24    identified -- instead of the word "controlled," it says

25    "controlled medications."  Do you see that in the bold

1    section?

2         A.   Yes, uh-huh.

3         Q.   Does the addition of the word "medication," is

4    that a material addition?

5         A.   No.

6         Q.   Does it change anything?

7         A.   No, it's not --

8         Q.   Oh, I'm sorry.

9         A.   -- I think it stopped after "controlled."

10        Q.   I apologize.  I'm misreading it.

11             So the sentence stops at "controlled," then

12   you have a list of medications?

13        A.   Correct.

14        Q.   All right.  My fault.

15             You've added to the form -- or at least we're

16   going to talk about for the first time a patient

17   education section under the assessment and plan.  Do

18   you see that?

19        A.   Yes.

20        Q.   Can you --

21             MR. GERMAN:  Form.  I think it's a PA, right?

22             THE WITNESS:  Uh-huh.

23             MR. MATURA:  A PA what?

24             MR. GERMAN:  This -- this --

25             MR. MATURA:  You mean it's written by the PA?

```
 1              MR. GERMAN:  Well, I think she saw the PA.
 2              MR. MATURA:  Okay.
 3              MR. GERMAN:  So it wouldn't be like
 4    Dr. Rollingher, I think.
 5              MR. MATURA:  Yeah, that's a good question.
 6    Let's find out.
 7    BY MR. MATURA:
 8       Q.   Doctor, can you tell from this report whether
 9    she's seeing you or the PA?
10       A.   Yeah, if you look at the top right, that would
11    be circled, yes.
12       Q.   So the top right of Bates No. 17 references
13    one of your PAs?
14       A.   Yes.
15       Q.   Okay.  So on January 11, 2010, Ms. Cheney did
16    not see you?
17       A.   Correct.
18       Q.   Looking at the report, the third page, under
19    patient education for diabetes, can you read what the
20    physician assistant wrote there and explain to me, you
21    know, just in your own words, if you will, what the
22    plan there is, and what the education was?
23       A.   She's changing her insulin regime from Levemir
24    to Lantus.  It's a slightly different kind of insulin,
25    and so it is the PA's intent here to try to get much
```

 1   better blood sugar control.

 2          And then she describes goals and some of the

 3   things, obviously, that Cynthia must have told her

 4   about looking into a pancreas transplant or possibly --

 5   it wouldn't have been a pancreas transplant, but an

 6   islet cell transplant.  It's probably the PA suggesting

 7   that she take that -- that course of action.

 8          She's also suggesting that she, I think, sees

 9   an endocrinologist.

10      Q.   At the end of that section, it says, "Patient

11   also refuses to go to diabetes education until

12   follow-up with Dr. Bailey."  Do you see that?

13      A.   Yes.

14      Q.   Do you have any idea what that means or what

15   discussed about that?

16      A.   Oftentimes, and I suspect this is the case

17   with Cynthia, she had enough diabetic education to that

18   point and really wanted to get the physician's -- the

19   endocrinologist's perspective on it before she went

20   back to classes.  Often diabetics find it tedious,

21   especially if they've been through it once or twice.

22      Q.   So is it a class that's an individual -- like

23   a classroom class?

24      A.   Yes.

25      Q.   Put on by who or what type of organization?

1      A.    Usually the hospital.  Outpatient, you know.

2      Q.    Is that where you would recommend patients go

3   to, like a class given by a hospital on diabetes and

4   how to treat it, manage it?

5      A.    Yes.

6      Q.    Those type of issues?

7      A.    Yes.

8      Q.    Okay and it appears from this note that

9   Ms. Cheney wants to follow up with her endocrinologist,

10  you know, as the next step in her treatment?

11     A.    Yes.

12     Q.    Okay.  If we turn the page, how do you

13  describe Bates No. 72?  I mean it says, "Patient

14  Report" at the top.  It's a two-page printout.

15          What is this information?  Is it just like a

16  contact list almost of phone numbers and emergency

17  contacts or...

18     A.    That's what it looks like, yes.

19          Do you know what, I think this is -- I'm not

20  certain what Phreesia is, and we can't see below, but

21  this may have been a visit that Cynthia had with an

22  outside medical clinic.

23     Q.    Because the word Phreesia, P-H-R-E-E-S-I-A,

24  that's not under your group, right?

25     A.    Correct.

```
 1              So it looks like documentation that the
 2   outside group is sending to us.
 3       Q.   Because it has your name at the bottom of each
 4   page saying -- indicating that you would fill in when
 5   you reviewed the information contained on this report,
 6   but none of it is actually checked or filled in.  Do
 7   you see that?
 8       A.   Yes.
 9       Q.   Okay.  So perhaps Ms. Cheney went and saw an
10   outside group, and they were sending you some
11   information; and you either reviewed it or not?
12       A.   Yes.
13       Q.   Okay.
14       A.   I don't know.
15       Q.   That's fine.
16              We, then, have several pages from St. Joseph's
17   Hospital and Medical Center.  Do you see that?
18       A.   Yes.
19       Q.   Is any of the handwriting on these pages your
20   handwriting?
21       A.   No.
22       Q.   They're just sent to you and put in
23   Ms. Cheney's file; is that what happens?
24       A.   Yes, this is all a part of the same file.
25       Q.   All right.  They're sent to you as her primary
```

```
 1   care physician?

 2        A.   Correct.

 3        Q.   If you keep flipping, we will get to Bates No.

 4   20, which is another report from your office?

 5        A.   Uh-huh, yes.

 6        Q.   Now, this is a date of service of January 14,

 7   2010.  Do you see that?

 8        A.   Uh-huh, yes, I do.

 9        Q.   By the same physician assistant; so you did

10   not see Ms. Cheney this day, correct?

11        A.   Correct.

12        Q.   And the reason for the visit was a follow-up

13   evaluation of back pain and diabetes.  Do you see that?

14        A.   Yes.

15        Q.   The HPI says that "Patient flank pain is all

16   improved and feels better."

17             Did you want to look at a different document

18   first, or are you just comparing?

19        A.   Just bringing your attention, Jeff, to the lab

20   results.  And the PA is saying the lab results the day

21   before the visit and the PA is saying, "Come and see

22   me."

23             So Cynthia is complying with it.  It seems

24   like she's complying and following up.

25        Q.   Okay.  So the HPI for the January 14, 2010,
```

```
 1  visit is, "Patient flank pain is all improved and feels
 2  better.  Patient started Lantus and doing better and
 3  more even in her sugars."  Do you see that?
 4      A.    Yes.
 5      Q.    About two or three lines down, it says,
 6  "Patient now committed to control."  Do you see that?
 7      A.    Uh-huh, yes.
 8      Q.    Is there anything else written in here that
 9  can help us interpret what that means, "Patient now
10  committed to control"; control of what?
11      A.    Better control of her diabetes.
12      Q.    Okay.  And what is the commitment; in other
13  words, when it says, "Patient now committed to
14  control," it suggests that before then, she was not
15  committed to control.  But I don't know how to read
16  that in the context of this note.
17            MR. GERMAN:  Form.
18  BY MR. MATURA:
19      Q.    Does that make sense to you?
20      A.    I would agree with you.  I wouldn't make that
21  inference, because you don't really know; but she's now
22  committed, "I'm going to control this."
23            And I think there might have been some
24  recognition that, "Hey, things were out of your
25  control.  You're getting recurrent urinary tract
```

52

```
 1   infections, possibly even a kidney infection.  We have
 2   to get this under control.  Your A1c was high,
 3   cholesterol is high."
 4       Q.   And the medication changed to the Lantus,
 5   which we talked about earlier.  Seems to be doing
 6   better?
 7       A.   It made a difference.
 8       Q.   It made a difference, okay.
 9            Would the medication change to Lantus have any
10   impact on the flank pain; or is that two separate
11   issues?
12       A.   Separate issue, I believe.
13       Q.   If we go to the assessment and plan for this
14   visit, it's Bates No. 22.
15       A.   Yes.
16       Q.   Again, this is filled out by the physician
17   assistant, not you, right?
18       A.   Yes.
19       Q.   But despite that, perhaps you can help me
20   understand it, so under "DIABETES," we still have it
21   identified as controlled, but the status is
22   "worsening."  Do you see that?
23       A.   Yes.
24       Q.   And under "PATIENT EDUCATION," and you can
25   read this in totality, if you'd like to, but I want to
```

```
 1   focus on about the third sentence down, it says,
 2   "Patient declined intensive diabetic education due to
 3   her financial situation and also declines keeping
 4   written blood sugar log with diet notations because
 5   'I am too stressed right now as it is'."
 6            Do you see that?
 7       A.   Yes.
 8       Q.   So are we to assume that language that's put
 9   in quotes is intended to reflect exactly what
10   Ms. Cheney said; is that the purpose of using quotes?
11            MR. GERMAN:   Form.
12            THE WITNESS:   I would make that assumption.
13   BY MR. MATURA:
14       Q.   What diabetic education could be referenced in
15   this note?   What does that mean?   Is it more classes?
16   Is it books?   What is it?
17       A.   I think when she's describing "intensive
18   diabetic education," she wants to emphasize the need
19   for keeping a log, monitoring the blood sugars, at
20   least four times a day, following up with routine
21   office visits.
22       Q.   Is there any --
23       A.   I'm not quite sure what the PA is saying,
24   because she is saying she is now monitoring her blood
25   sugars 12 times a day and watching her ketones, so...
```

1    Q.    That's what I'm trying to figure out too.

2          And what is the financial component of all of

3    this?  Is there a financial cost to keeping the log or

4    to -- are the classes free?  Let me start there.

5          Are the the classes that we talked about

6    earlier, are those free?

7    A.    I believe so, or covered, typically, by

8    insurance.  I don't know for sure.  There may be a cost

9    associated with it.

10         So it's possible it was mentioned, "I don't

11   want to pay for classes."  Maybe her insurance didn't

12   cover it.

13   Q.    Do you have any idea what the cost is if it's

14   not covered?

15   A.    I do not.

16   Q.    Is there anything written in this patient

17   education that, to you, indicates a cost that would be

18   incurred by Ms. Cheney, that she would have to buy

19   something or she would have to...

20         MR. GERMAN:   Form.

21   BY MR. MATURA:

22   Q.    Anything like that?  I'm just trying to

23   understand the connection with the financial situation

24   to this education.

25   A.    I can't, really.

1      Q.    Okay.  At the --

2      A.    And I'm sorry, she's --

3      Q.    Go ahead.

4      A.    If need be, that she's talking about "declines

5   keeping written blood sugar log with diet notations,"

6   because she's trying to get her to focus on what you

7   eat and then what happens to your sugars.

8          Even though she's monitoring beautifully,

9   she's not correlating it with what she takes in.

10     Q.    And then the phrase, "I'm too stressed right

11  now as it is," can you tell from this written document

12  the source of that stress?

13          MR. GERMAN:  Foundation.

14          THE WITNESS:  I wonder if it's not the

15  disability status.  I can't tell for sure, Jeff.  But

16  she does make mention of, she's got to get the

17  disability thing looked after.

18  BY MR. MATURA:

19     Q.    So it could be the disability status.  It

20  could be having to monitor 12 times a day or keep a

21  log.

22          Is there any way to determine which item it is

23  as opposed to others, that you can see?  I know you

24  didn't write this.  I'm just asking you to interpret it

25  in your own mind.

1    A.    If I think holistically about Cynthia, I think

2    she's, you know, trying to manage her diabetes as well

3    as she can.  It's still extraordinarily labile.  It

4    still goes very high and also goes very low.  And

5    I think she has a lot of stress.  And she's trying to

6    make it all work.

7         And -- and there's a lot of, you know, sort of

8    medical, I would say -- the PA is trying to say, "Look,

9    cholesterol management and diet management and

10   employment management, and now we want you to go to a

11   cardiologist.  Oh, by the way, go back to classes."

12   Q.    It can be a lot?

13   A.    I think so.

14   Q.    Okay.  At the end of that patient education,

15   as you noted, it says, "She" -- meaning Cheney -- "will

16   schedule with her PCP" -- that's actually you, right?

17   A.    Yes.

18   Q.    -- "to discuss disability status because her

19   eradic BS" -- meaning blood sugar, right?

20   A.    Yes.

21   Q.    -- "is making it difficult for her to work due

22   to the stresses of her job."

23         Now we're going to look at a note in just a

24   few minutes where you did discuss, she came and met

25   with you and followed up, and you discussed issues

```
 1    related to her disability status.  So we're going to

 2    talk about that when we get to her note.

 3            And I guess since you didn't write this note

 4    that we're looking at now on Bates No. 22, do you have

 5    any additional information about the conversation

 6    between your physician assistant and Ms. Cheney about

 7    scheduling this follow-up visit with you to discuss

 8    disability status?

 9            MR. GERMAN:  Form and foundation.

10            THE WITNESS:  No.  I don't have any other

11    information.  I would just take it for what it says.

12    BY MR. MATURA:

13        Q.    Yeah.

14        A.    I mean, it says she's having a lot of stress,

15    and she wants to talk about her disability.

16        Q.    Okay.

17        A.    There's not much more to read into it.

18        Q.    That's fine.  That's fine.  I didn't think

19    there was either, but I just wanted to make sure.

20            Okay.  We'll look at your note in just a few

21    minutes, and that's what we'll talk about, what you

22    actually did with respect to the disability.

23            So if you keep flipping the pages, you have

24    another report from St. Joseph's Medical Center.  Do

25    you see that?
```

58

```
 1        A.    Yes.

 2        Q.    What is this report telling you?

 3        A.    This is a discussion between myself and the

 4   PA.  The PA thinking she wants to tighten control of

 5   the lipids.

 6        Q.    Which means what?

 7        A.    That are reflected in the numbers up above.

 8   She wants to reduce the total cholesterol numbers by

 9   increasing the statin.

10        Q.    And what is your comment on that?

11        A.    Well, how long has she been on it, and

12   I wouldn't rush to increase it, because you begin to

13   take on more risk of side effects.

14        Q.    And what was the result; can you tell from

15   here?

16        A.    Well, I don't think we increased it, but

17   I can't tell.

18        Q.    Okay.  We then get to --

19        A.    Oh, here, you can see on the visit of February

20   2010, she's still on the same 5 milligrams.

21        Q.    All right.  So we get to Bates No. 24, which

22   is a report from the February 25, 2010, visit, correct?

23        A.    Yes.

24        Q.    And that's what you were just looking at

25   right?
```

```
 1        A.    Yes.
 2        Q.    And so where did you look to reach that
 3   conclusion, under the current medication list?
 4        A.    Yes.
 5        Q.    The complaint from Ms. Cheney for this visit
 6   was urinary symptoms, abdominal pain, nausea, and
 7   fever.  But you didn't see her during that visit so --
 8   is that correct?
 9        A.    Correct.
10        Q.    All right.  You then have additional records
11   from St. Joseph's Medical Center on Bates No. 68, 69.
12   Do you see that?
13        A.    Yes.
14        Q.    What is that telling you, if you can tell?
15        A.    That's a urinalysis from the visit on the same
16   day, and she looks like she has a bladder infection --
17        Q.    Okay.  How about Bates No. 69?
18        A.    -- and incidentally, very high.  She's
19   spilling a lot of sugar in her urine as well.
20        Q.    Is any of that writing yours?
21        A.    No, that's the PA's.
22        Q.    So if you flip the page to number 69 --
23        A.    Yes.
24        Q.    -- that's confirming a urinary infection?
25        A.    Yes.
```

60

```
 1        Q.    And a recommendation to follow up with the
 2   urologist?
 3        A.    Yes.
 4        Q.    You then have a consultation for an
 5   ultrasound, abdominal ultrasound, and then -- caught
 6   up?
 7        A.    Yes.
 8        Q.    You can look at it, if you want to.
 9              And if you flip the page again to 65, you have
10   the report from the urologist.  Do you see that?
11        A.    Yes.
12        Q.    Okay.  In fact, there's several documents from
13   the urology center.
14              If you keep turning the page, Doctor, we then
15   have a -- keep going.  We have a report from Arizona
16   Endoscopy Center.  Do you see that?
17        A.    Yes.
18        Q.    Okay.  Ms. Cheney had a colonoscopy,
19   outpatient colonoscopy, at that point in time.  Do you
20   see that?
21        A.    Yes.
22        Q.    Okay.  Turn the page to your next report,
23   which is Bates No. 28 from December 28, 2010.  It's a
24   report from your medical group.  Do you see that?
25        A.    Yes.
```

1     Q.    This, again, was completed by your physician

2   assistant not you, right?

3     A.    Correct.

4     Q.    And just to be abundantly clear for the

5   record, you did not see Ms. Cheney during this visit;

6   is that correct?

7     A.    I -- yes, correct.

8     Q.    Okay.  We then have several records from

9   St. Joseph's Medical Center.  Do you see those?  You're

10  looking at it right there.

11    A.    Yes.

12    Q.    So let's look at that first one, Bates No. 54.

13  Can you tell, Doctor, what was going on here?

14    A.    She had a blood test for vitamin D levels.

15  The vitamin D level looks a little bit low.  Her PA is

16  being very meticulous and saying she has a vitamin D

17  deficiency.

18    Q.    Okay go to the next page, page 57.

19    A.    More labs.  Did you want to ask me a question?

20    Q.    Well, I was just going to say, what is this

21  telling you, if anything, of significance?

22    A.    Just the high sugar.

23    Q.    Okay.  The next page is more labs, correct?

24    A.    Yes.

25    Q.    And then if you go to the next page, 59 is

```
 1    just the conclusion of that report, lab report, right?
 2         A.    (No verbal response.)
 3         Q.    And then 60 is more tests?
 4         A.    I think it's part of those same lab groups.
 5         Q.    Okay.  What is Bates No. 60 telling you, if
 6    anything?
 7         A.    A1c is still very high.
 8         Q.    Where is the number now; it's 9.2?
 9         A.    Yes.
10         Q.    The next page is just a consent form?
11         A.    Yes.
12         Q.    And we've got more -- more tests on
13    Ms. Cheney; is that correct?
14         A.    That is correct.
15         Q.    Completed by Quest Diagnostics?
16         A.    Yes.
17         Q.    Okay.  What do you interpret from these test
18    results, if anything?
19         A.    Well, her cholesterol is fairly controlled at
20    this point in time.  It looks like about 4 months after
21    the last one.  It's very high.
22               Her A1c has gone up from 9.2 to, I think, 9.5
23    or 6 or 8.  It's hard to read that number.
24         Q.    Were you looking -- let me just make sure
25    where are you looking?
```

63

```
 1        A.    Page 94, hemoglobin A1c.

 2        Q.    There we go.

 3        A.    Yeah, that looks like a 5 on yours, if I'm

 4   reading -- I don't think I can see.

 5        Q.    Yeah, it might be a little bit better copy.

 6   It looks like 9.5 on mine.  Does that look right?

 7        A.    I would agree.

 8        Q.    Okay.  If you get to page 89 --

 9        A.    Yes.

10        Q.    -- what do you take away from this page?

11        A.    Well, she has the cholesterol much better

12   controlled.  Kidney function looks normal.

13              MR. GERMAN:  Which page are you on?

14              THE WITNESS:  Page 89.  Yeah, the total

15   cholesterol, and then these are a 24-hour urine

16   collection.

17   BY MR. MATURA:

18        Q.    And these are from August 2011 tests; is that

19   right?

20              MR. GERMAN:  Did we skip something?  Yeah.

21   Did we go over this one?

22              MR. MATURA:  Which one?

23              MR. GERMAN:  Or did we skip this one?

24              THE WITNESS:  Yeah, we just skipped it.

25              MR. MATURA:  Okay Bates No. 105.  Let's go
```

1  back to 105.  Let's talk about this.

2  BY MR. MATURA:

3      Q.   So this is a document from Dr. Bailey's

4  office; is that correct?

5      A.   Yes, correct.

6      Q.   Okay none of this is your handwriting,

7  correct?

8      A.   Correct, none of it is.

9      Q.   I'm assuming that it was sent to you as her

10  primary care physician; is that what you would assume?

11     A.   I -- yes.

12     Q.   Okay.  So that's number 105.

13          And if we continue back to where we were,

14  number 89, if I look in the top left-hand corner, it

15  looks like these labs were done in August of 2011.

16  Does that seem right do you, Doctor?

17     A.   Yes, that's what it looks like.

18     Q.   The handwriting in the bottom right-hand

19  corner, do you have any idea what that is?

20     A.   I --

21     Q.   Is it an office visit 8/22/11; is that what

22  that means?

23     A.   Yes.  I believe so.  I guess it -- well, Debra

24  Bayham, DB.

25     Q.   Do you know who that is?

1      A.    I don't.  It's somebody -- I presume that's

2   somebody in Dr. Bailey's office.

3      Q.    Oh, I see.  I think that's right.  That makes

4   sense.

5            Okay.  So do you interpret this to be tests --

6   tests that Dr. Bailey would have ordered?

7      A.    Yes.

8      Q.    And you're getting a copy of the results as

9   her primary care physician?

10     A.    That is correct.

11     Q.    And if you look at page 90, is her A1c level

12  noted on here?  Let me see, or 91?

13            MR. GERMAN:  Her glucose.

14            THE WITNESS:  On 91, yes.

15  BY MR. MATURA:

16     Q.    On 91, yes.  Is that 8.7?

17     A.    Yes, it appears to be 8.7.

18     Q.    So it's gone down, but it's still not at the

19  range recommended for...

20     A.    We would like it to be better controlled than

21  that, yes.

22     Q.    All right.  And then if we look at the next

23  page, 102, this appears to be a note from Dr. Bailey's

24  office again, right?

25     A.    Yes.

```
1        Q.    This has that office visit of 8/22/11, which
2   we saw earlier, which if we put this all together
3   perhaps is a follow-up visit after the lab work was
4   done.  Does that make sense to you?
5        A.    I believe so.  Office visit 8/22/11, I would
6   have discussed with the patient, yeah.  So it's about
7   5 days after the labs were drawn.
8        Q.    You then continue --
9             MR. GERMAN:  I think these are duplicates,
10  right?
11            THE WITNESS:  This is November.
12            MR. MATURA:  So now we're up to November.
13            Which one do you think is a copy, Steve?
14            THE WITNESS:  Different day.
15            MR. GERMAN:  That's 11/16, okay.
16            THE WITNESS:  Yeah.
17            MR. GERMAN:  Yes.
18            MR. MATURA:  So we're at Bates --
19            MR. GERMAN:  It just looked the same.
20  BY MR. MATURA:
21       Q.    Okay.  So now we're at Bates 83.  Are you with
22  me?
23       A.    Yeah.
24       Q.    This is lab results from November of 2011; is
25  that how you read it?
```

67

```
 1      A.   Yes.

 2      Q.   And her A1c is 8.7?

 3      A.   Correct.

 4      Q.   And then the next page, 99, is the office

 5  visit with Dr. Bailey on 11/11/11.

 6      A.   11/16/11.

 7      Q.   Excuse me, 11/16/11.  So two days after the

 8  lab result.

 9           So this would be the follow-up to those

10  results, it appears, is what Dr. Bailey was doing,

11  right?

12      A.   Yes.  I just want to point out.

13      Q.   Please.

14      A.   Let me point out a couple things.

15           So now Dr. Bailey's noted this is uncontrolled

16  type 1 diabetes.

17      Q.   So let's look.  You're looking at Bates No.

18  99?

19      A.   Yes.

20      Q.   Line, on the left-hand side, we have, "Type

21  1 DM," right?

22      A.   Yes.

23      Q.   And then she wrote in her writing

24  "uncontrolled"?

25      A.   Yes.
```

1      Q.    Is that what you're looking at?

2      A.    Yes.

3            She also wrote "Crestor too expensive" on the

4      other side of the page.

5      Q.    I see that.

6      A.    I'm only pointing that out for the sake of

7      consistency with maybe the discussion that she was

8      having with the PA a few months prior in terms of

9      diabetic education costs and medication costs.

10     Q.    Do you recall having a conversation with

11     Dr. Bailey about Cynthia Cheney?

12     A.    I don't.

13     Q.    Would that happen on occasion; would you

14     call --

15     A.    Yes.

16     Q.    -- one of your patient's specialists and talk

17     about them?

18     A.    Yes.

19     Q.    Would you typically document a phone call in

20     writing somewhere?

21     A.    Not necessarily.

22     Q.    But you -- okay, that's fine.

23     A.    Well, just to follow up on what you're saying,

24     you know, it seems to me Dr. Bailey and I are

25     communicating quite well, so it kind of mitigates the

```
 1    need for a phone call, if you're getting reports and
 2    getting results.
 3             If we're both trying to work through a problem
 4    and we want to put our heads together, we might do a
 5    phone call; but the records speak for themselves pretty
 6    much.
 7        Q.   All right.  So if we go to the next page,
 8    Bates No. 32, this is a medical report from your
 9    office, correct?
10        A.   Yes.
11        Q.   Dated February 13, 2012.  Do you see that?
12        A.   Yes.
13        Q.   Now, the last office visit -- strike that.
14             The last report from an office visit at your
15    office was 2010, so I don't have any documentation that
16    Ms. Cheney went to your office in 2011.  She was with
17    Dr. Bailey, certainly, in 2011?
18        A.   Yes.
19        Q.   But I don't see anything from your office.  Is
20    that unusual, or how the scheduling worked out, or do
21    you have any different recollection?
22        A.   Not necessarily unusual if Cynthia thinks
23    she's getting what she needs, from a medical
24    perspective, at another office.
25        Q.   Okay.
```

1      A.    I prefer to see patients annually, you know,

2    you kind of got a feel for the annual H&P, but you

3    don't always get it, especially younger people.

4      Q.    And on Bates No. 32, for the February 2012

5    office visit, you did not see her for that visit; that

6    was your physician assistant normally?

7      A.    Correct.

8            Now, I would be in the office frequently.  So

9    you keep asking if I saw her.  It's possible I was in

10   the office, poked my head in, said hello, but...

11     Q.    And when I've been using the word "saw her," I

12   meant more in a --

13     A.    Provider relationship?

14     Q.    -- provider relationship, yes.

15           You may have seen her in the hallway and said,

16   "Hi, Cynthia.  How are you today?"

17           "Okay."

18           "Good to see you."

19           But I'm talking more about the evaluation and

20   treatment of her.

21     A.    Yes, it doesn't mean to say that I didn't

22   discuss things with the PA, either during or after the

23   visit.

24     Q.    If you did discuss Ms. Cheney with the PA,

25   would that be reflected somewhere in a report?

```
 1        A.    She would sometimes document that, "Discussed
 2   with Dr. Rollingher."
 3        Q.    Okay.
 4              MR. GERMAN:    Jeff, can we ask a question?
 5              With the PA, the PA's require supervision by a
 6   physician or attendant to, so you have to be within the
 7   office with them?
 8              THE WITNESS:    The rules, I believe, sort of
 9   have fluctuated and changed over the years.  I can't
10   tell you the answer to that right off the top of my
11   head.  A physician would need to be in the office, as
12   I recall, not necessarily the attending physician.
13              And if I'm not mistaken, the PA rules in the
14   state of Arizona would require at least a visit by the
15   primary care provider, but in between visits, and that
16   can go for a 12-month period a PA could manage the
17   patient, in conjunction with some oversight, but I
18   don't recall the rules exactly.
19   BY MR. MATURA:
20        Q.    So the provider on this record, Bates No. 32,
21   is the physician assistant.  So "provider" means what
22   in the context of this report?
23        A.    The person attending to the patient.
24        Q.    Okay.  If we continue after that report, we
25   have more lab results.  This is now from February of
```

```
 1    2012.  Do you see that?
 2        A.    Yes.
 3        Q.    Bates No. 80, what is this information telling
 4    you that's circled and written here, if you can
 5    interpret?
 6        A.    The -- she has circled CO2 levels.
 7        Q.    And again, Doctor, I know this is not your
 8    circling --
 9        A.    Yeah.
10        Q.    -- and your writing, but as someone who is
11    treating Ms. Cheney, what is significant, if anything,
12    about you that -- from this lab result?
13        A.    Well, she circled the CO2 level, and I can't
14    tell you that's significant.
15              But the ALT and AST below that that she has
16    circled reflects liver enzymes; and so potentially some
17    toxicity from the statin, and that's why we monitor
18    cholesterol levels and liver enzymes levels while
19    patients are on statins.
20        Q.    It seems to indicate someone wrote "resume
21    Crestor" under that?
22        A.    Yes.
23        Q.    Well, how do I read that?  What does that mean
24    in the context of what's circled with the...
25        A.    She's stopping the lovastatin, which I think
```

```
 1    she must have attributed to the change in liver
 2    enzymes, but feels she should be on a statin.
 3           So she tolerated the Crestor beforehand, and
 4    wants to stop one and start another one.
 5       Q.    Bates page 81; is there any material
 6    information that you take from this page?
 7       A.    Persistently elevated A1c.
 8       Q.    Now we're at 8.7 --
 9       A.    Yes.
10       Q.    -- is that what that looks like to you?
11           And then we have Dr. Bailey's notes from a
12    visit on February 16, 2012.
13           It seems to be her practice to meet with
14    Ms. Cheney a few days after the lab tests?
15       A.    Yes.
16       Q.    Okay.  Is there anything -- is there something
17    you wanted to point out or that you found to be
18    significant on this, Bates No. 87?
19       A.    Just I think she's showing that she's really
20    having trouble with her sugar still.  It looks like
21    there is low 75, as high as 530.  It explains the A1c
22    of 8.7.
23       Q.    If we continue, if you flip a few more pages,
24    Doctor, we then have another report from The Orthopedic
25    Clinic Association that you received a copy of.  It's
```

```
 1    Bates No. 142 and 143.  I don't have any questions
 2    about that report.  We've spoken to that group already.
 3            So if you keep flipping to Bates No. 35.
 4    Okay.  Now we're back to a report from your office, and
 5    you're the provider?
 6        A.    Yes.
 7        Q.    All right.  We got there.
 8            And this is dated November 8, 2012.  Do you
 9    see that?
10        A.    Yes.
11        Q.    And Ms. Cheney came and met with you to
12    discuss a variety of issues; but number 1 issue was
13    disability paperwork.  Do you see that?
14        A.    Yes.
15        Q.    Now, I have several questions for you on this.
16            First of all, I don't see in your file any,
17    quote/unquote, "disability paperwork."
18            So do you remember, did she bring something
19    with her to show you, for you to fill out, to talk
20    about; do you have any recollection?
21        A.    I don't recall the paperwork itself, no.
22        Q.    Do you recall filling out some disability
23    document, or just talking about the document, if you
24    remember?
25        A.    I don't recall filling anything out.
```

1      Q.   Okay.  Is it unusual, Doctor, to talk about

2   one of your patient's disability paperwork or issues;

3   is that something that comes up often with a patient of

4   yours?

5           MR. GERMAN:  Form.

6           THE WITNESS:  It didn't come up often, but I,

7   over the years, had a number of patients that said,

8   "I need to go on disability," or felt they needed to be

9   on disability.

10  BY MR. MATURA:

11     Q.   So if you had a patient that either called you

12  or, during an exam, while they're here in your office

13  that said, "Doctor, I want to talk to you about, you

14  know, disability paperwork," was that a conversation

15  you're willing to have with them?

16     A.   Yes.

17     Q.   Okay.  What -- do you recall -- well, let's go

18  through it first and then I'll ask you if you remember

19  anything of what's written outside of here.

20          The information contained on Bates No. 35

21  under "disability paperwork" would be information that

22  you dictated after meeting with Ms. Cheney; is that

23  fair?

24     A.   Yes, or concomitantly with the meeting.

25     Q.   Sure.

```
 1              So it says, "The symptoms began 12 years ago."
 2    That would bring us back to the year 2000.
 3              Do you have any recollection of what the
 4    symptoms are referred to in that first sentence?
 5        A.    I think it would be referring to her diabetes.
 6        Q.    Okay.  Because in the next sentence, says,
 7    "The symptoms are reported as being moderate.  The
 8    symptoms occur constantly.  She states the symptoms are
 9    fairly controlled.  Type 1 diabetes."
10              Do you see all that?
11        A.    Yes.
12        Q.    It then says, "Stopped litigation in 2006 due
13    to difficulties with blood sugar.  Went on to do
14    mediation but has become increasingly difficult
15    associated with labile sugars and fatigue."
16              Do you see that?
17        A.    Yes.
18        Q.    What does that mean?  Do you have any
19    recollection of what is meant by that -- those
20    sentences, other than what it just says on the page?
21        A.    I think it means a change in her work-related
22    status.
23        Q.    So --
24        A.    And --
25        Q.    Go ahead.
```

```
 1        A.    It -- basically, I think it also reflects what
 2   we discussed back in the updated H&P in 2006.
 3        Q.    Did you ever review a list of job duties for
 4   her?
 5        A.    No.
 6        Q.    Is that something you ever review for any of
 7   your patients, what their job functions are or job
 8   duties?
 9        A.    Sometimes you would do that in a disability
10   evaluation, yes.  Functional status.  You know,
11   disability requirements are very specific, you know,
12   bending and lifting and carrying, that sort of thing.
13        Q.    Do you remember doing anything like that for
14   Ms. Cheney?
15        A.    No.
16        Q.    It says stopped litigation in 2006, went on to
17   do mediation.
18              Do you know the difference between the words
19   "litigation" and "mediation," or do you consider there
20   to be a difference between those two words; is one a
21   subset of the other; do you have any idea?
22              MR. GERMAN:  Form.
23              THE WITNESS:  I think what litigation means is
24   you're doing courtroom work, and mediation might be
25   before you get to court.  I don't really pretend to
```

1    know much about it.

2    BY MR. MATURA:

3        Q.   That's fine.

4             Do you recall any conversation with Ms. Cheney

5    about what litigation meant to her at this time frame?

6        A.   Yes, I actually do.  I recall litigation did

7    mean courtroom work for her.  She was in front of a

8    judge making arguments.

9        Q.   Do you recall any conversation you had with

10   her that talked -- where she described the aspects of

11   her job that did not involve being in a courtroom; such

12   as, you know, meeting with clients, meeting with

13   doctors, sitting at a desk writing a motion, anything

14   like that?  Do you recall any conversations about those

15   parts of her duties?

16           MR. GERMAN:  Form.

17           THE WITNESS:  In the context of the kind of

18   work that she does, I have vague recollections of, you

19   know, working in the office, being the partner in

20   charge of things, you know, Cynthia is a very hands-on

21   kind of individual, that sort of thing.  I can't be

22   very specific.

23   BY MR. MATURA:

24       Q.   When it says, "Stopped litigation," do you

25   have any recollection as to what that meant in terms of

1    what work was stopped?

2         A.    I think the work that she was doing in the

3    courtroom.

4         Q.    Okay.

5         A.    She was -- I do recall, Jeff, specific

6    conversation around, it's hard to eat.  It's hard to

7    manage sugars.  It's hard to be focused within the

8    context of going to court and presenting oral arguments

9    and managing sugars.

10        Q.    And then, "Went on to do mediation."

11              Do you have any recollection as to what she

12   described to you about what mediation meant to her?

13        A.    No, not specifically.

14        Q.    Or how often she would participate in a

15   mediation or serve as a mediator; do you have any

16   recollection of that?

17        A.    No.

18        Q.    Other than what's written on this form, Bates

19   No. 35, do you have any other recollection of talking

20   to her about pursuing disability insurance?

21        A.    Pursuing disability, you mean...

22        Q.    Filing a claim, trying -- you know, trying to

23   get benefits under her policy, anything like that,

24   other than what's written here in Bates No. 35?

25        A.    No.

```
 1        Q.    Okay.  And you, in 2012, or even at any point
 2   in time, you've never spoken to anyone from the
 3   disability insurance company from Ms. Cheney, have you?
 4        A.    Not that I recall.
 5        Q.    Okay.  If we move on, that was November of
 6   2012.  Bates page number 40; is any of that your
 7   handwriting?
 8        A.    No.
 9        Q.    Do you know what this -- what this is, this
10   document, or whose handwriting it is?
11        A.    It must be an opthalmologist, "Here for
12   complete medical eye exam."
13        Q.    Okay.  I'm sorry, you're right.  It goes to
14   the next document, I think.  Maybe not.
15        A.    No, it's actually -- no, it's the written
16   notes from Dr. Bailey's office, I guess.
17        Q.    Okay.
18        A.    Yeah, Joan Bailey is the name there.
19        Q.    Where do you see that?
20        A.    Top right, Joan Bailey.
21        Q.    Oh, I'm sorry.  You're right.  Good eyes.
22        A.    Yeah.  We're used to reading scribble,
23   doctors.
24              MR. GERMAN:  I see it.
25              MR. MATURA:  Yeah, Steve missed it too.
```

```
 1    I missed it.  But you saw it.  But you're right, it
 2    does say Joan Bailey in the corner there.
 3               MR. GERMAN:  Above "A1c," yeah.
 4               MR. MATURA:  "A1c, 7.9," above that is written
 5    "Joan Bailey."  I see what you're saying.
 6               Okay.  All right.
 7    BY MR. MATURA:
 8         Q.   And then Bates page 144, we have a report from
 9    Dr. -- or excuse me, a physician assistant Bayham, and
10    I'm not -- do you recall what this was about, Doctor,
11    or can you tell?
12               MR. GERMAN:  Form.
13               THE WITNESS:  A follow-up visit with
14    Dr. Bailey's office in March of 2013.
15    BY MR. MATURA:
16         Q.   Okay.  And when you're receiving copies of all
17    of these reports as Ms. Cheney's primary care
18    physician, do you review them as they come in, or do
19    you review them only if Ms. Cheney came back to see
20    you; or does it vary?
21         A.   It's varied.  It's my responsibility to review
22    them.
23         Q.   So to the best of your ability and time, you
24    would; if you don't have the time, then if Ms. Cheney
25    were to make a visit with you before seeing her, would
```

```
 1   you catch yourself up on what happened since the last
 2   time you saw her?
 3        A.   Oh, yes.
 4        Q.   We then have a report, Bates page 151, from a
 5   Dr. Nolan that appears you got a copy of.  Do you see
 6   that?
 7        A.   Yeah.
 8        Q.   And if you keep going to Bates page 41, you
 9   have another visit at Town Center Medical Group.
10             So look at Bates page 41.  Do you see that?
11        A.   Yes.
12        Q.   This is from July of 2013.  The provider is
13   your physician assistant; is that correct?
14        A.   Yes.
15        Q.   So you were not the provider, but it appears
16   that Ms. Cheney presented with possible bronchitis.  Do
17   you see that?
18        A.   Yes.
19        Q.   And then if you continue, Doctor, to Bates No.
20   153, is the radiology report to determine the presence
21   of bronchitis, I guess, for lack of a better phrase; is
22   that right?
23        A.   Yes, or worse, pneumonia.
24        Q.   Or worse, pneumonia, okay.
25             Okay and the result was...
```

1      A.   Does not appear.

2      Q.   No bronchitis, right?

3      A.   Yeah.  I would say that's consistent with a

4   viral bronchitis.  They say she has perihilar

5   interstitium, so the -- the X-ray is pointing out

6   there's an increase in fluid and potentially

7   inflammatory cells in the lungs that are visible on the

8   X-ray.

9      Q.   Okay.

10     A.   Which could be seen in the setting of a viral

11  respiratory syndrome, typically bronchitis.

12     Q.   All right.  And then the very next page,

13  Doctor, page 45.  This is a follow-up visit with your

14  physician assistant on July 10 of 2013.  Do you see

15  that?

16     A.   Yes.

17     Q.   The history of present illness appears that

18  Ms. Cheney is traveling to Minnesota shortly

19  thereafter, and it appears was following up with your

20  office on her cough prior to that trip.  Do you see

21  that?

22     A.   Yes.

23     Q.   And you were not the provider -- yeah, it was

24  your physician assistant.  Do you see that?

25     A.   Yes, that is correct.

84

1      Q.    I will tell you, Doctor, that this July 10,

2    2013, report is the last one that I have for Ms. Cheney

3    visiting your office.   Is that consistent with your

4    recollection or review of the file?

5      A.    Yes.

6      Q.    And so the last time -- well, let's just

7    finish this off.

8           Then we have some documents from a dermatology

9    center.   Do you see that?

10     A.    Yes.

11     Q.    And then the very last document is just lab

12   results from Dr. Bailey's office; is that right?

13     A.    Correct.

14     Q.    So the last time you saw Ms. Cheney would be

15   when you discussed this disability issue in November of

16   2012; is that correct?

17     A.    Yes.

18     Q.    All right.   Doctor, I don't have any more

19   questions for you.

20           MR. GERMAN:   Just one quick follow-up.

21

22                        EXAMINATION

23   BY MR. GERMAN:

24     Q.    Your practice was bought out by Scottsdale

25   Healthcare?

1    A.    Yes.

2    Q.    In what year was that?

3    A.    It was 2012.

4    Q.    And after it was bought out, did your job

5    responsibilities change?

6    A.    I was -- yes, I was now working full-time as

7    the chief medical information officer for Scottsdale

8    Healthcare, and so my primary responsibilities were

9    administrative.  And I was not practicing full-time as

10   a physician at that point.

11   Q.    Just wanted to maybe clarify that.

12   A.    Which is why you rely more on PAs and

13   ancillary professionals.

14

15                   FURTHER EXAMINATION

16   BY MR. MATURA:

17   Q.    Do you recall or have any knowledge, and

18   I don't remember from Ms. Cheney's testimony, I'm sure

19   she told us, but who became her primary care physician

20   after you, who she started seeing?

21   A.    I don't know.

22         MR. MATURA:  Anything else?

23         MR. GERMAN:  No, that's it.

24         MR. MATURA:  You probably know you have the

25   right to review the transcript.

86

```
 1              THE WITNESS:  No.

 2              MR. MATURA:  Once prepared, you can also waive

 3    that right.  It's completely up to you.  We just need

 4    to let our court reporter know.

 5              THE WITNESS:  Okay.  Haley, I'll waive the

 6    right to read.

 7              MR. MATURA:  All right.  We're all done.

 8              (Discussion off the record.)

 9              THE REPORTER:  Steve, did you want to order a

10    copy?

11              THE WITNESS:  Yes.

12              (5:55 p.m.)

13

14

15

16                                  (Waived.)
                                   _____
17                                 IRVING ROLLINGHER, M.D.

18

19

20

21

22

23

24

25
```

1   STATE OF ARIZONA        )
                            ) ss.
2   COUNTY OF MARICOPA      )

3       BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that
    the foregoing pages are a full, true and accurate
5   record of the proceedings, all done to the best of my
    skill and ability; that the proceedings were taken down
6   by me in shorthand and thereafter reduced to print
    under my direction.
7
        I CERTIFY that I am in no way related to any of
8   the parties hereto nor am I in any way interested in
    the outcome hereof.
9
            [ ]   Review and signature was requested.
10          [X]   Review and signature was waived.
            [ ]   Review and signature not required.
11
        I CERTIFY that I have complied with the ethical
12   obligations set forth in ACJA 7-206(F)(3) and ACJA
    7-206 J(1)(g)(1) and (2).  Dated at Phoenix, Arizona,
13   this 25th day of May, 2018.


                    _____
17                        HALEY DAWN WESTRA, RPR, CRR
                        Arizona Certified Reporter No. 50762
18

19      I CERTIFY that HERDER & ASSOCIATES, LLC, has
    complied with the ethical obligations set forth in ACJA
20   7-206 (J)(1)(g)(1) through (6).

21

22

23

24                  _____
                          HERDER & ASSOCIATES, LLC
25                    AZ Registered Reporting Firm No. R1145

# EXHIBIT 31

MAY 29 2014

## TOWN CENTER MEDICAL GROUP
7301 East Second Street, Suite 300
Scottsdale, AZ 85251
480 949.9047 tel   480 970.8718 fax

PatientID:  003290
Patient Name:  CYNTHIA  CHENEY
Date of Birth:  09/21/1950

Date of Service:  10/02/2008                    Provider:  IRVING  ROLLINGHER MD

**AGE:  58 YRS**
**Chief Complaint:**
**CHIEF COMPLAINT:** Here for follow up evaluation.
**HPI:** labile sugars - getting low at night therefore switched to AM Lantus.  Weight up a bit.  Working out a bit
less than before.  Not working as much.  Waking up in the AM feels flu like symptoms.  Joints started to hurt.
Saw Dr. Shubert followed by Ben Harris rheumatologist.  Symptoms include achy muscles and joints.  Hands and
wrists get swollen, hot and tender.  Had terrible rotator cuff tendinitis relieved by Etodolac.  Wrists became
painful and responded to Relafen.
Had pelvic surgery several months ago.  Vaginoplasty and bladdder repair with great success.  Also had foot
surgery - displaced fracture R baby toe.
Doing eye checks annually.  No diabetic labs incl Hgb A1c for almost 2 years.  No neuropathy.

**CURRENT ALLERGY LIST:**
        NO KNOWN ALLERGY

**CURRENT MEDICATION LIST:**
        FREESTYLE TEST IN VITRO STRIP, use as directed
        METFORMIN HCL ORAL TABLET 1000 MG, 1 bid
        NOVOFINE  MISCELLANEOUS 30G X 8 MM, use as directed
        LANTUS SUBCUTANEOUS SOLUTION 100 UNIT/ML, 20 U
        HUMALOG SUBCUTANEOUS SOLUTION 100 UNIT/ML, 16 Units qd

**PROBLEM LIST:**
        HEPATITIS VIRAL C
        DIABETES TYPE I, JUVENILE-ONSET OR INSULIN-DEPENDENT; CONTROLLED
        CONSTIPATION SIMPLE
        OSTEOARTHRITIS CERVICAL
        DEGENERATIVE DISC DISEASE SITE NOS

**PAST MEDICAL HISTORY:**
        **MEDICAL:**
        Type I diabetes.
        History of Hepatitis C, underwent full treatment program and is now serologically negative.
        Previous ectopic pregnancy and multiple laparoscopies.
        Two healthy vaginal deliveries.
        Left breast biopsy for benign calcifications.
        Previously normal colonoscopy.
        History of cervical radiculopathy.

AmGen (Cheney)000892

**TOWN CENTER MEDICAL GROUP**
7301 East Second Street, Suite 300
Scottsdale, AZ 85251
480 949.9047 tel   480 970.8718 fax

PatientID: 003290
Patient Name: CYNTHIA CHENEY
Date of Birth: 09/21/1950

Date of Service: 10/02/2008                     Provider: IRVING ROLLINGHER MD

**SURGICAL:**
Benign left breast biopsy.
Multiple abdominal laparoscopies.
A&P repair Feb 2007.

**SOCIAL HISTORY:**
**TOBACCO USE:** Has no smoking history.
**ALCOHOL:** Minimal alcohol consumption.

**FAMILY HISTORY:**
Mother has hypertension.
Sister with MS.

**REVIEW OF SYSTEMS:** See HPI

**PHYSICAL EXAM:**
**CONSTITUTIONAL:**
**VITAL SIGNS:**
VS-PULSE:  76 Right Radial, Regular
VS-BLOOD PRESSURE:  112/70 Left Arm Sitting
VS-WEIGHT:  158lbs
**GENERAL APPEARANCE:** Patient is female. Well-developed, well-nourished. Alert and
oriented to person, place and time. Affect is normal and positive. In no acute distress.
**HEAD/FACE:** Normal facial appearance.
**EYES:** Pupils equal and reactive to light with full range of motion of the EOM and no nystagmus.
**NECK AND THYROID:** No cervical lymphadenopathy or thyromegaly. Trachea midline.
**RESPIRATORY:** Normal respiratory effort. Clear to auscultation without wheezes or crackles. Clear
to percussion.
**CARDIOVASCULAR:**
**PALPATION & AUSCULTATION:** Heart sounds normal. Regular rate and rhythm with no
murmurs, gallops or rubs.
**ARTERIAL PULSES:** Pulses are palpable and symmetrical. There is no carotid bruit. No
abdominal bruit or pulsatile abdominal masses noted. Jugular venous pressure not
elevated.
**EDEMA/VARICOSITIES OF EXTREMITIES:** No edema or varicosities in the extremities
noted.
**BREASTS/CHEST:** Chest normal to inspection and palpation.
**GASTROINTESTINAL:**

MAY 2 2 2014

**TOWN CENTER MEDICAL GROUP**
7301 East Second Street, Suite 300
Scottsdale, AZ 85251
480 949.9047 tel   480 970.8718 fax

PatientID: 003290
Patient Name:  CYNTHIA  CHENEY
Date of Birth:  09/21/1950

Date of Service:  10/02/2008                    Provider:  IRVING  ROLLINGHER MD

**ABDOMEN:**  Soft, non-tender, non-distended. Bowel sounds are present. There are no  masses.
**LIVER/KIDNEY/SPLEEN:**  No masses. No splenomegaly.
**MUSCULOSKELETAL EXAM:**
**GAIT/STATION:**  Musculoskeletal exam, including gait, balance and  range of motion is
normal with no gross deformities.
**DIGITS/NAILS:**  No clubbing, cyanosis, inflammation, hemorrhages, infection, ischemia or
deformities noted. No clubbing, cyanosis, or infections noted in the nails.
**HEAD AND NECK:**  Full, painless range of motion of the neck.
**SPINE/RIBS/PELVIS:**  No kyphosis or scoliosis.
**SKIN:**
**INSPECTION/PALPATION:** Inspection and palpation of the skin and subcutaneous tissues of
head, neck, chest, breast, back, abdomen, genitalia and extremities are without rashes, lesions,
ulcers, photo damage.
**NEUROLOGIC:**
**CRANIAL NERVES:**  Cranial nerves intact.
**DEEP TENDON REFLEXES:**  Reflexes normal and symmetrical.
**SENSATION:**  Normal power tone and sensation. Foot exam excellent with intact temperature,
and light touch.

**ASSESSMENT/PLAN:**
**070.70-HEPATITIS VIRAL C**
**250.01-DIABETES TYPE 1, JUVENILE-ONSET OR INSULIN-DEPENDENT; CONTROLLED**
**721.0-OSTEOARTHRITIS CERVICAL**
**726-PERIPH ENTHESOPATHIES&ALLIED SYNDS**   De Quervains on the right.

**PREVENTIVE COUNSELING:**  The patient was counseled regarding regular blood pressure checks, regular
monthly self-examination of the breasts, routine screening mammogram's, diet and weight control.

**RETURN VISIT:**   Patient instructed to return in 4 weeks.

**TOWN CENTER MEDICAL GROUP**
7301 East Second Street, Suite 300
Scottsdale, AZ 85251
480 949.9047 tel   480 970.8718 fax

PatientID: 003290
Patient Name: CYNTHIA  CHENEY
Date of Birth: 09/21/1950

Date of Service: 10/02/2008                                    Provider: IRVING  ROLLINGHER MD

**RECOMMENDATIONS:** I reviewed diabetic management in detail with Cynthia.  I reminded her to have routine annual eye exams and to put practice meticulous foot care.  We discussed the glycohemoglobin and its relationship to target organ damage including eyes kidneys blood vessels and nerves.  She will get a 24 hour urine for total protein and creatinine clearance, a hemoglobin A1c and a fasting lipid profile.

We will convert her today to Levemir insulin and she will call us to review blood sugars.  Finally she will get a screening mammogram and follow-up Pap smear along with breast examination with her gynecologist.

She has this unusual achy and flu-like feelings in the AM.  I am going to have her reduce metformin to 1 gm daily in case she is getting some lactate buildup.  Also we'll check a CPK, CRP along with renal and liver function.

Electronically Signed by: Irving Rollingher, MD on Thursday, October 02, 2008

Page 4 of 4
AmGen (Cheney)000895

# EXHIBIT 32

Form **1040**

Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return**  **2003**  (99)   IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2003, or other tax year beginning _____ , 2003, ending _____ , 20 ____

| Label (See instructions.) | Your first name | MI | Last name | | Your social security number |
|---|---|---|---|---|---|
| | GREGG | H | TEMPLE | | |
| | If a joint return, spouse's first name | MI | Last name | | Spouse's social security number |
| | CYNTHIA | M | CHENEY | Apartment no. | |

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see instructions.
5507 E. CALLE DEL PAISANO

City, town or post office. If you have a foreign address, see instructions.   State: AZ   ZIP code 85018
PHOENIX

▲ **Important!** ▲
You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
► Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?....... ►
You: Yes ☐ No ☒   Spouse: Yes ☐ No ☒

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.........
b ☒ Spouse .......

No. of boxes checked on 6a and 6b .... **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| MERYL TEMPLE | | DAUGHTER | |
| ROSS TEMPLE | | SON | ☒ |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you ..... **2**
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above .... ► **4**

If more than five dependents, see instructions.

d Total number of exemptions claimed......................................

| | | | |
|---|---|---|---|

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............................... | 7 | 100,826.
8a Taxable interest. Attach Schedule B if required ............................ | 8a | 345.
b Tax-exempt interest. Do not include on line 8a. ............ | 8b |
9a Ordinary dividends. Attach Schedule B if required ......................... | 9a | 120.
b Qualified divs (see instrs) ................. | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... | 10 | 413.
11 Alimony received ..................................................... | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ......................... | 12 |
13a Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here..... ► ☐ | 13a | 33,812.
b If box on 13a is checked, enter post-May 5 capital gain distributions ..................... | 13b |
14 Other gains or (losses). Attach Form 4797 ................................... | 14 |
15a IRA distributions ........... | 15a |  b Taxable amount (see instrs) .. | 15b |
16a Pensions and annuities .... | 16a |  b Taxable amount (see instrs).. | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 62,341.
18 Farm income or (loss). Attach Schedule F.......................................... | 18 |
19 Unemployment compensation............................................... | 19 |
20a Social security benefits ......... | 20a |  b Taxable amount (see instrs).. | 20b |
21 Other income SEE STATEMENT | 21 | 1,830.
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 199,687.

**Adjusted Gross Income**

23 Educator expenses (see instructions)...................... | 23 |
24 IRA deduction (see instructions) ......................... | 24 |
25 Student loan interest deduction (see instructions) .......... | 25 |
26 Tuition and fees deduction (see instructions)................ | 26 |
27 Moving expenses. Attach Form 3903 ...................... | 27 |
28 One-half of self-employment tax. Attach Schedule SE ....... | 28 |
29 Self-employed health insurance deduction (see instrs)....... | 29 |
30 Self-employed SEP, SIMPLE, and qualified plans........... | 30 |
31 Penalty on early withdrawal of savings ...................... | 31 |
32a Alimony paid b Recipient's SSN .... ► | 32a |
33 Add lines 23 through 32a ............................................... | 33 | 199,687.
34 Subtract line 33 from line 22. This is your adjusted gross income.................... ► | 34 | 199,687.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  01/16/04   Form 1040 (2003)

Form 1040 (2003)        GREGG H TEMPLE & CYNTHIA CHENEY

Page 2

| | | |
|---|---|---|
| **Tax and Credits** | 35 Amount from line 34 (adjusted gross income) .................. | **35** 199,687. |
| | 36a Check { [ ] You were born before January 2, 1939,  [ ] Blind. **Total boxes** if: [ ] Spouse was born before January 2, 1939,  [ ] Blind. checked ► 36a [ ] | |
| **Standard Deduction for –** | b If you are married filing separately and your spouse itemizes deductions, or if you were a dual-status alien, see instructions and check here .............. ► 36b [ ] | |
| ● People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions. | 37 Itemized deductions (from Schedule A) or your standard deduction (see left margin)..................... | **37** 34,060. |
| | 38 Subtract line 37 from line 35 ............................................. | **38** 165,627. |
| | 39 If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions............ | **39** 12,200. |
| | 40 Taxable income. Subtract line 39 from line 38. | **40** 153,427. |
| ● All others: Single or Married filing separately, $4,750 | 41 Tax (see instrs). Check if any tax is from a [ ] Form(s) 8814  b [ ] Form 4972 ............ | **41** 28,745. |
| | 42 Alternative minimum tax (see instructions). Attach Form 6251........................ ► | **42** 789. |
| Married filing jointly or Qualifying widow(er), $9,500 | 43 Add lines 41 and 42............................................. | **43** 29,534. |
| | 44 Foreign tax credit. Attach Form 1116 if required............ | 44 | |
| | 45 Credit for child and dependent care expenses. Attach Form 2441 ......... | 45 | |
| Head of household, $7,000 | 46 Credit for the elderly or the disabled. Attach Schedule R..... | 46 | |
| | 47 Education credits. Attach Form 8863 ...................... | 47 | |
| | 48 Retirement savings contributions credit. Attach Form 8880... | 48 | |
| | 49 Child tax credit (see instructions) ......................... | 49 | |
| | 50 Adoption credit. Attach Form 8839 ........................ | 50 | |
| | 51 Credits from: a [ ] Form 8396  b [ ] Form 8859.............. | 51 | |
| | 52 Other credits. Check applicable box(es): a [ ] Form 3800  b [ ] Form 8801  c [ ] Specify | 52 | |
| | 53 Add lines 44 through 52. These are your total credits........................... ► | **53** | |
| | 54 Subtract line 53 from line 43. If line 53 is more than line 43, enter -0-.............. | **54** 29,534. |
| | 55 Self-employment tax. Attach Schedule SE ................................. | **55** |
| **Other Taxes** | 56 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 .............. | **56** |
| | 57 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required .......... | **57** |
| | 58 Advance earned income credit payments from Form(s) W-2.............................. | **58** |
| | 59 Household employment taxes. Attach Schedule H.................................... | **59** |
| | 60 Add lines 54-59. This is your total tax ......................................... ► | **60** 29,534. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099...... | 61 24,699. | |
| If you have a qualifying child, attach Schedule EIC. | 62 2003 estimated tax payments and amount applied from 2002 return ........ | 62 | |
| | 63 Earned income credit (EIC)................................ | 63 | |
| | 64 Excess social security and tier 1 RRTA tax withheld (see instructions)...... | 64 | |
| | 65 Additional child tax credit. Attach Form 8812............... | 65 | |
| | 66 Amount paid with request for extension to file (see instructions) .......... | 66 | |
| | 67 Other pmts from: a [ ] Form 2439  b [ ] Form 4136  c [ ] Form 8885 | 67 | |
| | 68 Add lines 61 through 67. These are your total payments........................... ► | **68** 24,699. |
| **Refund** | 69 If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid.............. ► | **69** |
| Direct deposit? See instructions and fill in 70b, 70c, and 70d. | 70a Amount of line 69 you want refunded to you.................................... | **70a** |
| | ► b Routing number........[          ]  ► c Type: [ ] Checking [ ] Savings | |
| | ► d Account number .......[          ] | |
| | 71 Amount of line 69 you want applied to your 2004 estimated tax........ ► | 71 | |
| **Amount You Owe** | 72 Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions .............. ► | **72** 4,889. |
| | 73 Estimated tax penalty (see instructions) ................... | 73 54. | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?.............................. [X] Yes. Complete the following. [ ] No | |
| | Designee's name ► Preparer          Phone no. ►          Personal identification number (PIN) ► | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation LAWYER | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. ► Cynthia V Cheney | Date 6/27/05 | Spouse's occupation LAWYER | |

**Paid Preparer's Use Only**

| Preparer's signature ► | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | NYMAN T RAKES PC CPA 7321 E SIXTH AVE          AZ 85251 SCOTTSDALE | EIN 86-0590104 | Phone no. (480) 946-4319 |

Form 1040 (2003)

FDIA0112  01/16/04

06/24/2005  13:51    4809464361                    NYMAN T RAKES, PC                          PAGE  09

**13**                                                                                              Page 2

Schedule E (Form 1040) 2003

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.          Your social security number

GREGG H TEMPLE & CYNTHIA CHENEY

**Part II   Income or Loss From Partnerships and S Corporations**

Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check column (e) on line 28 and attach Form 6198. See instructions.

27  Are you reporting losses not allowed in prior years due to the at-risk or basis limitations, passive losses not reported on Form 8582, or unreimbursed partnership expenses?...........................................................  ☐ Yes  ☒ No

If you answered 'Yes,' see instructions before completing this section.
Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| 28 | (a) Name | (b) Enter P for partnership; S or S corporation | (c) Check if foreign partnership | (d) Employer Identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | CHENEY RANCHES | P | | 86-0461410 | |
| B | VILLAGE AT CHRISTOPHER CREEK LLC | P | | 86-0855664 | |
| C | FADELL CHENEY & BURT, LLC | P | | 86-0803432 | |
| D | GREGG H. TEMPLE PC | S | | 86-0803432 | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | 691. | | | 3,291. | 33,749. |
| C | | | | | 31,883. |
| D | | | | | 65,632. |
| 29a Totals ............... | | 691. | | 3,291. | |
| b Totals ............... | | | | 30 | 65,632. |
| 30 Add columns (g) and (j) of line 29a.......................................................................... | | | | 31 | -3,982. |
| 31 Add columns (f), (h), and (i) of line 29b. | | | | | |
| 32 Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below............................................................. | | | | 32 | 61,650. |

**Part III   Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 | |
| A | | | | | |
| B | | | | | |
| 34a Totals ............................... | | | | | |
| b Totals ............................... | | | | | |
| 35 Add columns (d) and (f) of line 34a.............................. | | | 35 | | |
| 36 Add columns (c) and (e) of line 34b.............................................................. | | | 36 | | |
| 37 Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below............................................................. | | | 37 | | |

**Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39  Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below............  | 39 |

**Part V   Summary**

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below............................ | 40 | |
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 .............................................................................. ► | 41 | 62,341. |
| 42 | Reconciliation of Farming and Fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) .................................. | 42 | |
| 43 | Reconciliation for Real Estate Professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules................... | 43 | |

BAA                                    FDIZ2302  08/11/03                              Schedule E (Form 1040) 2003

Process As Original

10126530388            8923127174505-8

Form 1040   **U.S. Individual Income Tax Return** 2004   (99)   IRS Use Only—Do not write or staple in this space.
Department of the Treasury — Internal Revenue Service

| | | | | OMB No. 1545-0074 |
|---|---|---|---|---|

| For the year Jan 1 - Dec 31, 2004, or other tax year beginning | 2004, ending | , 20 | |

| **Label** (See instructions.) | Your first name | MI | Last name | Your social security number |
|---|---|---|---|---|
| | GREGG | H | TEMPLE | |

| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name | MI | Last name | |
|---|---|---|---|---|
| | CYNTHIA | | CHENEY | |

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
5507 E. CALLE DEL PAISANO

**Important!** ▲
You must enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions.   State ZIP code
PHOENIX   AZ   85018

**Presidential Election Campaign** (See instructions.)
Note: Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?......► You [X] Yes [X] No   Spouse [X] Yes [X] No

**Filing Status**
Check only one box.

1 ☐ Single
2 [X] Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a...........
b [X] Spouse ...........................................................

| Boxes checked on 6a and 6b | 2 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| MERYL TEMPLE | | DAUGHTER | |
| ROSS TEMPLE | | SON | |

| No. of children on 6c who: | |
|---|---|
| • lived with you | 2 |
| • did not live with you due to divorce or separation (see instrs) | |
| Dependents on 6c not entered above | |

If more than four dependents, see instructions.

06-04-08

d Total number of exemptions claimed................................ Add numbers on lines above ► **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 .................................... | 7 | 38,000. |
|---|---|---|
| 8a Taxable interest. Attach Schedule B if required.................................. | 8a | 31. |
| b Tax-exempt interest. Do not include on line 8a.............. | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required ......................... | 9a | |
| b Qualified dividends (see instrs) .......... | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ..................... | 10 | 3,392. |
| 11 Alimony received ........................................................ | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ........................ | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here........................ ► ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 ................................... | 14 | |
| 15a IRA distributions ........... 15a | b Taxable amount (see instrs).. | 15b | |
| 16a Pensions and annuities .... 16a | b Taxable amount (see instrs).. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E.. | 17 | 35,695. |
| 18 Farm income or (loss). Attach Schedule F................................... | 18 | |
| 19 Unemployment compensation................................................. | 19 | |
| 20a Social security benefits ... 20a | b Taxable amount (see instrs).. | 20b | |
| 21 Other income PERSONAL USE OF COMPANY VEHICLE | 21 | 1,000. |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 78,118. |

**Adjusted Gross Income**

| 23 Educator expenses (see instructions)...................... | 23 | |
|---|---|---|
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ...................... | 24 | |
| 25 IRA deduction (see instructions)...................... | 25 | |
| 26 Student loan interest deduction (see instructions)........... | 26 | |
| 27 Tuition and fees deduction (see instructions)............... | 27 | |
| 28 Health savings account deduction. Attach Form 8889........ | 28 | |
| 29 Moving expenses. Attach Form 3903 ................. | 29 | |
| 30 One-half of self-employment tax. Attach Schedule SE ..... | 30 | 3,154. |
| 31 Self-employed health insurance deduction (see instructions)..... | 31 | 14,458. |
| 32 Self-employed SEP, SIMPLE, and qualified plans .......... | 32 | |
| 33 Penalty on early withdrawal of savings ................... | 33 | |
| 34a Alimony paid b Recipient's SSN .... ► | 34a | |
| 35 Add lines 23 through 34a ................................... | 35 | 17,612. |
| 36 Subtract line 35 from line 22. This is your adjusted gross income............. | 36 | 60,505. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  11/10/04   Form 1040 (2004)

Copy

GREGG H TEMPLE & CYNTHIA CHENEY

Page 2

| | | | |
|---|---|---|---|
| **Credits** | 37 Amount from line 36 (adjusted gross income) | 37 | 60,506. |

**Standard Deduction for —**

• People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions.

• All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

| | | |
|---|---|---|
| 38a Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a ☐ | | |
| b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ........ ▶ 38b ☐ | | |
| 39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 19,492. |
| 40 Subtract line 39 from line 37 | 40 | 41,014. |
| 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 41 | 12,400. |
| 42 Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 28,614. |
| 43 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 43 | 3,579. |
| 44 Alternative minimum tax (see instructions). Attach Form 6251 | 44 | 0. |
| 45 Add lines 43 and 44 | 45 | 3,579. |
| 46 Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | |
| 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | |
| 49 Education credits. Attach Form 8863 | 49 | |
| 50 Retirement savings contributions credit. Attach Form 8880 | 50 | |
| 51 Child tax credit (see instructions) | 51 | |
| 52 Adoption credit. Attach Form 8839 | 52 | |
| 53 Credits from: a ☐ Form 8396  b ☐ Form 8859 | 53 | |
| 54 Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | 54 | |
| 55 Add lines 46 through 54. These are your total credits | 55 | |
| 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- | 56 | 3,579. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 6,308. |
| | 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 Household employment taxes. Attach Schedule H | 61 | |
| | 62 Add lines 56-61. This is your total tax | 62 | 9,887. |

| | | | |
|---|---|---|---|
| **Payments** | 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | 10,000. |
| If you have a qualifying child, attach Schedule EIC. | 64 2004 estimated tax payments and amount applied from 2003 return | 64 | |
| | 65a Earned income credit (EIC) | 65a | |
| | b Nontaxable combat pay election ....... ▶ 65b | | |
| | 66 Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | |
| | 67 Additional child tax credit. Attach Form 8812 | 67 | |
| | 68 Amount paid with request for extension to file (see instructions) | 68 | 18,000. |
| | 69 Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 69 | |
| | 70 Add lines 63, 64, 65a, and 66 through 69. These are your total payments | 70 | 28,000. |

| | | | |
|---|---|---|---|
| **Refund** | 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | 18,113. |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a Amount of line 71 you want refunded to you | 72a | 0. |
| | ▶ b Routing number ........   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number | | |
| | 73 Amount of line 71 you want applied to your 2005 estimated tax ... ▶ | 73 | |

| | | |
|---|---|---|
| **Amount You Owe** | 74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions | 74 |
| | 75 Estimated tax penalty (see instructions) | 75 |

RECEIVED IRS
18 13 08
IN EO 2008
CENTER AT BROOKHAVEN
HOLTSVILLE N1 CALIF

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☐ No
Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ X   Date 6/6/08   Your occupation LAWYER   Daytime phone number

Spouse's signature. If a joint return, both must sign. ▶ X   Date 6/6/08   Spouse's occupation LAWYER

**Paid Preparer's Use Only**
Preparer's signature ▶   Date 6/5/08   Check if self-employed ☐   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code   Nyman T Rakes P.C., CPA   7321 E Sixth Ave   Scottsdale   AZ   85251   EIN 86-0590104   Phone no. (480) 946-43

Form 1040 (2004)

FDIA0112  11/10/04

Copy

| | | OMB No. 1545-0074 |
|---|---|---|
| **SE** (1040) | **Self-Employment Tax** | **2004** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040. ▶ See Instructions for Schedule SE (Form 1040). | 17 |
| Name of person with self-employment income (as shown on Form 1040) CYNTHIA CHENEY | | Social security number of person with self-employment income ▶ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 44,642. |
| 3 | Combine lines 1 and 2 | 3 | 44,642. |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax | 4 | 41,227. |
| 5 | Self-employment tax. If the amount on line 4 is: • $87,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 57. • More than $87,900, multiply line 4 by 2.9% (.029). Then, add $10,899.60 to the result. Enter the total here and on Form 1040, line 57. | 5 | 6,308. |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 30 ..... | 6 | 3,154. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule SE (Form 1040) 2004

FDIA1101   05/06/04

Copy



## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 04-07-2014 |
| Response Date: | 04-07-2014 |
| Tracking Number: | 100190937205 |

SSN Provided:
Tax Period Requested: December, 2005

COPY

# Form 5498 Individual Retirement Arrangement Contribution Information

## Trustee:

Trustee/Issuer's Federal Identification Number (FIN): 020507414
MFS HERITAGE TRUST CO TRUSTEE
TA> MFS HERITAGE TRUST CO
PO BOX 55824
BOSTON, MA 02205-5824

## Participant:

Participant's Identification Number:
CYNTHIA V CHENEY
FADELL CHENEY & BURT
1601 N 7TH ST STE 200
PHOENIX, AZ 85006-2221

| | Original document |
|---|---|
| Submission Type: | |
| Account Number (Optional): | |
| IRA Contributions: | 0.00 |
| Rollover Contributions: | 0.00 |
| Roth Conversion Amount: | 0.00 |
| Recharacterized Contributions: | 0.00 |
| Fair Market Value of Account: | $12,949.00 |
| Life Insurance Cost Included in Box 1: | 0.00 |
| SEP Code: | Not Checked |
| IRA Code: | Not Checked |
| Simple Code: | Checked |
| Roth IRA Code: | Not Checked |
| RMD For Subsequent Year: | Not Checked |
| SEP Contributions: | 0.00 |
| SIMPLE Contributions: | 0.00 |
| Roth IRA Contributions: | 0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=pro...   4/7/2014

PAGE 4/26 * RCVD AT 6/27/2014 6:28:49 PM [Central Daylight Time] * SVR:PWGSASRSRFAX04/2 * DNIS:7135743087 * CSID: * DURATION (mm-ss):06-21
AMGen (Cheney)000158

Partnership's Employer Identification Number: 860461410
CHENEY RANCHES A LTD PARTNERSHIP
10257 N 87TH ST
SCOTTSDALE, AZ 85258-0000

## Partner:

Partner's Identifying Number: ▓▓▓▓▓▓
CYNTHIA CHENEY
CLASS B LIMITED PTR
5507 E CALLE DEL PAISANO
PHOENIX, AZ 85018-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | 0.00 |
| Interest: | 0.00 |
| Royalties: | 0.00 |
| Ordinary Income K-1: | 0.00 |
| Real Estate: | 0.00 |
| Other Rental: | 0.00 |
| Guaranteed Payments: | 0.00 |
| Section 179 Expenses: | 0.00 |
| Short Term Capital Gain: | 0.00 |
| Long Term Capital Gain: | 0.00 |

# Schedule K-1 1065

## Partnership:

Partnership's Employer Identification Number: 860842363
FADELL CHENEY & BURT PLLC
1601 N 7TH STREET SUITE 400
PHOENIX, AZ 85006-0000

## Partner:

Partner's Identifying Number: ▓▓▓▓▓▓
CYNTHIA CHENEY
1601 NORTH 7TH STREET 400
PHOENIX, AZ 85006-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | 0.00 |
| Interest: | $303.00 |
| Royalties: | 0.00 |
| Ordinary Income K-1: | -$92,705.00 |
| Real Estate: | 0.00 |
| Other Rental: | 0.00 |
| Guaranteed Payments: | $10,784.00 |
| Section 179 Expenses: | $5,028.00 |
| Short Term Capital Gain: | 0.00 |
| Long Term Capital Gain: | 0.00 |

Wage and Income Transcript

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

|                  |              |
|------------------|--------------|
| Request Date:    | 04-07-2014   |
| Response Date:   | 04-07-2014   |
| Tracking Number: | 100190937705 |

**SSN Provided:**
**Tax Period Requested:** December, 2006

# Form 5498 Individual Retirement Arrangement Contribution Information



## Trustee:

Trustee/Issuer's Federal Identification Number (FIN): 02050714
MFS HERITAGE TRUST CO TRUSTEE
TA> MFS HERITAGE TRUST CO
PO BOX 55824
BOSTON, MA 02205~5824

## Participant:

Participant's Identification Number:
CYNTHIA V CHENEY
FADELL CHENEY & BURT
1601 N 7TH ST STE 200
PHOENIX, AZ 85006-2210

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| IRA Contributions: | 0.00 |
| Rollover Contributions: | 0.00 |
| Roth Conversion Amount: | 0.00 |
| Recharacterized Contributions: | 0.00 |
| Fair Market Value of Account: | $1,620.00 |
| Life Insurance Cost Included in Box 1: | 0.00 |
| SEP Code: | Not Checked |
| IRA Code: | Not Checked |
| Simple Code: | Checked |
| Roth IRA Code: | Not Checked |
| RMD For Subsequent Year: | Not Checked |
| SEP Contributions: | 0.00 |
| SIMPLE Contributions: | 0.00 |
| Roth IRA Contributions: | 0.00 |

PAGE 15/26 * RCVD AT 6/27/2014 6:28:49 PM [Central Daylight Time] * SVR:PWGSASRSRFAX04/2 * DNIS:7135743087 * CSID: * DURATION (mm-ss):06-21
Ameen (Cheney)000169

| Guaranteed Payments: | | 0.00 |
|---|---|---|
| Section 179 Expenses: | | 0.00 |
| Short Term Capital Gain: | | 0.00 |
| Long Term Capital Gain: | | 0.00 |

# Schedule K-1 1065

## Partnership:

Partnership's Employer Identification Number: 860842363
FADELL CHENEY & BURT PLLC
1601 N 7TH STREET SUITE 400
PHOENIX, AZ 85006-0000

## Partner:

Partner's Identifying Number:
CYNTHIA CHENEY
1601 NORTH 7TH STREET 400
PHOENIX, AZ 85006-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | 0.00 |
| Interest: | $4,514.00 |
| Royalties: | 0.00 |
| Ordinary Income K-1: | $263,878.00 |
| Real Estate: | 0.00 |
| Other Rental: | 0.00 |
| Guaranteed Payments: | $12,638.00 |
| Section 179 Expenses: | $2,179.00 |
| Short Term Capital Gain: | 0.00 |
| Long Term Capital Gain: | 0.00 |

# Schedule K-1 1065

## Partnership:

Partnership's Employer Identification Number: 860855664
VILLAGE AT CHRISTOPHER CREEK LLC
4215 N DRINKWATER BLVD 369
SCOTTSDALE, AZ 85251-0000

## Partner:

Partner's Identifying Number:
CYNTHIA VR CHENEY
5507 E CALLE DEL PAISANO
PHOENIX, AZ 85018-0000

| Submission Type: | Original document |
|---|---|
| Dividends: | 0.00 |

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2007** | | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2007, or other tax year beginning _____, 2007, ending _____, 20 _____    OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label. Otherwise, please print or type.**

Your first name   MI   Last name
**Gregg H. Temple**

If a joint return, spouse's first name   MI   Last name
**Cynthia V. Cheney**

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.
**5507 E Calle del Paisano**

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
**Phoenix, AZ 85018**

Your social security number _____

Spouse's social security number _____

▲ You **must** enter your social security number(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**

Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions)... ►   You ☐   Spouse ☐

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a...
b ☒ Spouse...

Boxes checked on 6a and 6b... **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| Meryl Temple | | Daughter | |
| Ross Temple | | Son | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you..... **2**
• did not live with you due to divorce or separation (see instrs)...
Dependents on 6c not entered above.
Add numbers on lines above.... ► **4**

If more than four dependents, see instructions.

d Total number of exemptions claimed...

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 38,000. |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | 8,328. |
| b | Tax-exempt interest. **Do not** include on line 8a | **8b** | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | 343. |
| b | Qualified dividends | **9b** | 343. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | **10** | 4,758. |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here... ► ☐ | **13** | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | -2,894. |
| 15a | IRA distributions... **15a** | b Taxable amount (see instrs)... | **15b** | |
| 16a | Pensions and annuities... **16a** 2,700. | b Taxable amount (see instrs)... | **16b** | 38. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | 187,538. |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits... **20a** | b Taxable amount (see instrs)... | **20b** | |
| 21 | Other income | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**... ► | **22** | 233,111. |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses (see instructions) | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | 2,324. | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 6,828. | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction (see instructions) | 29 | 13,865. | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid b Recipient's SSN... ► | 31a | | |
| 32 | IRA deduction (see instructions) | 32 | | |
| 33 | Student loan interest deduction (see instructions) | 33 | | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 - 31a and 32 - 35 | | **36** | 23,017. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income**... ► | | **37** | 210,094. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**    FDIA0112L 12/06/07    Form **1040** (2007)

AmGen (Cheney)000595

Form **1040** (2007)    Gregg H. Temple and Cynthia V. Cheney    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 210,094. |

**Standard Deduction for —**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| | | | |
|---|---|---|---|
| 39a Check if: | ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. | **Total boxes checked ►** 39a | |
| b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | | |
| 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 34,449. |
| 41 Subtract line 40 from line 38 | | 41 | 175,645. |
| 42 If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | | 42 | 13,600. |
| 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 162,045. |
| 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | | 44 | 34,320. |
| 45 Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | 0. |
| 46 Add lines 44 and 45 | ► | 46 | 34,320. |
| 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| 49 Education credits. Attach Form 8863 | 49 | | |
| 50 Residential energy credits. Attach Form 5695 | 50 | | |
| 51 Foreign tax credit. Attach Form 1116 if required | 51 | 61. | |
| 52 Child tax credit (see instructions). Attach Form 8901 if required | 52 | | |
| 53 Retirement savings contributions credit. Attach Form 8880 | 53 | | |
| 54 Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 | 54 | | |
| 55 Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | | |
| 56 Add lines 47 through 55. These are your total credits | | 56 | 61. |
| 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ► | 57 | 34,259. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE | 58 | 13,656. |
| | 59 Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | 4. |
| | 61 Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 Household employment taxes. Attach Schedule H | 62 | |
| | 63 Add lines 57-62. This is your total tax | ► 63 | 47,919. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 8,000. | |
| If you have a qualifying child, attach Schedule EIC. | 65 2007 estimated tax payments and amount applied from 2006 return | 65 | | |
| | 66a Earned income credit (EIC) | 66a | | |
| | b Nontaxable combat pay election . . . . ► 66b | | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) | 67 | | |
| | 68 Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 Amount paid with request for extension to file (see instructions) | 69 | | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | |
| | 72 Add lines 64, 65, 66a, and 67 through 71. These are your total payments | ► 72 | 8,000. | |

| | | | |
|---|---|---|---|
| **Refund** | 73 If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ► ☐ | 74a | |
| | ► b Routing number . . . . . . . ► c Type: ☐ Checking ☐ Savings | | |
| | ► d Account number . . . . . . . | | |
| | 75 Amount of line 73 you want applied to your 2008 estimated tax . . . . . . ► 75 | | |
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions | ► 76 | 39,919. |
| | 77 Estimated tax penalty (see instructions) | 77 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . . . . ☒ **Yes.** Complete the following. ☐ **No** |
| | Designee's name ► Preparer    Phone no. ►    Personal identification number (PIN) ► |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.

Keep a copy for your records.

| Your signature ► | Date | Your occupation Lawyer | Daytime phone number (602) 989-2347 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. ► | Date | Spouse's occupation Lawyer | |

| | | | |
|---|---|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ► Bradley L. Huss | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed) ► Brad Huss & Associates, Inc. | | |
| | address, and ZIP code 8010 E. Morgan Trail, Ste 10 | | EIN 86-1014422 |
| | Scottsdale, AZ 85258 | | Phone no. (480) 998-1060 |

Form **1040** (2007)

FDIA0112L  12/06/07

AmGen (Cheney)000596

| Schedule E (Form 1040) 2007 | | Attachment Sequence No. **13** | | Page **2** |
|---|---|---|---|---|
| Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | | | Your social security number | |

Gregg H. Temple and Cynthia V. Cheney

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II   Income or Loss From Partnerships and S Corporations**

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? . . .  ☐ **Yes**   ☒ **No**

If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Faddell, Cheney & Burt, PLLC | P | | 86-0842363 | |
| B | Cheney Ranches Ltd | P | | 86-0461410 | |
| C | Village at Christopher Creek LLC | P | | 86-0855664 | |
| D | Gregg H. Temple P.C. | S | | 86-0803432 | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | 1,201. | 149,016. |
| B | | | | | |
| C | | | 51,169. | | |
| D | | | | 1,878. | 92,770. |
| **29a** Totals . . . . . . . . . . . . . | | | | | 241,786. |
| **b** Totals . . . . . . . . . . . . . | | | 51,169. | 3,079. | |

| 30 | Add columns (g) and (j) of line 29a. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | 241,786. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | -54,248. |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | 187,538. |

**Part III   Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| **34a** Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **b** Totals . . . . . . . . . . . . . . | | | | |

| 35 | Add columns (d) and (f) of line 34a. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | |

**Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below. . . . . . . . . . . | 39 | |
|---|---|---|---|

**Part V   Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below. . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 41 | 187,538. |

| 42 | Reconciliation of farming and fishing income. Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | |
|---|---|---|---|
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . | 43 | |

| BAA | FDIZ2302L  06/11/07 | Schedule **E** (Form 1040) 2007 |
|---|---|---|

AmGen (Cheney)000602

Form **1040**   Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return**   **2008**   (99)   IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2008, or other tax year beginning , 2008, ending , 20

**Label**
(See instructions.)

Your first name MI Last name — Your social security number

GREGG H. TEMPLE

If a joint return, spouse's first name MI Last name — number

CYNTHIA V. CHENEY

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.

5507 E. CALLE DEL PAISANO

You **must** enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions. State ZIP code

PHOENIX, AZ 85018

Checking a box below will not change your tax or refund.

**Presidential Election Campaign**

Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . . . . . . . ► [X] You   [X] Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 [X] Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here . ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . . . . . . . .
b [X] Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| MERYL TEMPLE | | Daughter | |
| ROSS TEMPLE | | Son | |
| | | | |
| | | | |

If more than four dependents, see instructions.

Boxes checked on 6a and 6b . . **2**

No. of children on 6c who:
● lived with you . . . . . **2**
● did not live with you due to divorce or separation (see instrs) . . .
Dependents on 6c not entered above .

d Total number of exemptions claimed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Add numbers on lines above ► **4**

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 460,000.
8a Taxable interest. Attach Schedule B if required. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8a | 1,588.
  b Tax-exempt interest. **Do not** include on line 8a. . . . . . . . . . . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9a | 2,352.
  b Qualified dividends (see instrs). . . . . . . . . . . . . . . . . . . . . . . . . . | 9b | 218.
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . . . . . . . . . . . . . . | 10 |
11 Alimony received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ. . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here. . . . . . . . . . . . . . . . . . . . . . . ► ☐ | 13 | -3,000.
14 Other gains or (losses). Attach Form 4797. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . . . . . . | 15a | b Taxable amount (see instrs). . | 15b |
16a Pensions and annuities. . . . . . | 16a | b Taxable amount (see instrs). . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. . . | 17 | 126,698.
18 Farm income or (loss). Attach Schedule F. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits. . . . . . . . . . | 20a | b Taxable amount (see instrs). . | 20b |
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 587,638.

**Adjusted Gross Income**

23 Educator expenses (see instructions). . . . . . . . . . . . . . . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . . . . . . . . | 24 |
25 Health savings account deduction. Attach Form 8889. . . . . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . . . . . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE. . . . . . . . | 27 | 1,895.
28 Self-employed SEP, SIMPLE, and qualified plans. . . . . . . . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions). . . . . . . . . . . . . . | 29 | 14,462.
30 Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . . . . | 30 |
31a Alimony paid  b Recipient's SSN. . . . ► | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions). . . . . . . . . . . . | 33 |
34 Tuition and fees deduction. Attach Form 8917. . . . . . . . . . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . . . . . . . . . . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 16,357.
37 Subtract line 36 from line 22. This is your **adjusted gross income**. . . . . . . . . . . . . . . . . . ► | 37 | 571,281.

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112L  10/13/08   Form **1040** (2008)

AmGen (Cheney)000623

Form 1040 (2008)    GREGG H. TEMPLE AND CYNTHIA V. CHENEY                                                Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | 571,281. |

39a Check if: ☐ You were born before January 2, 1944, ☐ Blind. **Total boxes**
☐ Spouse was born before January 2, 1944, ☐ Blind. **checked ►** 39a ☐

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐

**Standard Deduction for —**
• People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
• All others:

Single or Married filing separately, $5,450

Married filing jointly or Qualifying widow(er), $10,900

Head of household, $8,000

c Check if standard deduction includes real estate taxes or disaster loss (see instructions). . . . . . . . ► 39c ☐

| | | |
|---|---|---|
| 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . . . . . . . . . . . . . . . . . . . | **40** | 46,338. |
| 41 Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 524,943. |
| 42 If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d . . . . . . . . . . . . . . . . . . . . . . | **42** | 9,332. |
| 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0-. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **43** | 515,611. |
| 44 **Tax** (see instrs). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972. . . . . . . . . . . . . . . . . . . . . . . . | **44** | 151,996. |
| 45 **Alternative minimum tax** (see instructions). Attach Form 6251. . . . . . . . . . . . . . . . . . . . . . . | **45** | 0. |
| 46 Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **46** | 151,996. |

| | | |
|---|---|---|
| 47 Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . | 47 | |
| 48 Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . . . . | 48 | |
| 49 Credit for the elderly or the disabled. Attach Schedule R. . . . . | 49 | |
| 50 Education credits. Attach Form 8863 . . . . . . . . . . . . . . . . . . . . . . | 50 | |
| 51 Retirement savings contributions credit. Attach Form 8880. . . . | 51 | |
| 52 Child tax credit (see instructions). Attach Form 8901 if required . . . . . . . . . . | 52 | |
| 53 Credits from Form:  a ☐ 8396  b ☐ 8839  c ☐ 5695 . . . . . . . | 53 | |
| 54 Other crs from Form:  a ☐ 3800  b ☐ 8801  c ☐ | 54 | |

| | | |
|---|---|---|
| 55 Add lines 47 through 54. These are your **total credits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **55** | |
| 56 Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- . . . . . . . . . . . . . . . . ► | **56** | 151,996. |

**Other Taxes**

| | | |
|---|---|---|
| 57 Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **57** | 3,790. |
| 58 Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 . . . . . . . . . . . . . . . . | **58** | |
| 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . . . . . . . . . . . . | **59** | |
| 60 Additional taxes:  a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H . . . . . . . . . . | **60** | |
| 61 Add lines 56-60. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **61** | 155,786. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 62 Federal income tax withheld from Forms W-2 and 1099. . . . . . . | 62 | 130,000. | |
| 63 2008 estimated tax payments and amount applied from 2007 return. . . . . . . . . | 63 | 50,000. | |
| 64a Earned income credit (EIC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64a | | |
| b Nontaxable combat pay election. . . . . ► 64b | | | |
| 65 Excess social security and tier 1 RRTA tax withheld (see instructions) . . . . . . . | 65 | | |
| 66 Additional child tax credit. Attach Form 8812 . . . . . . . . . . . . . . . | 66 | | |
| 67 Amount paid with request for extension to file (see instructions). . . . . . . . . . | 67 | | |
| 68 Credits from Form:  a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 . | 68 | | |
| 69 First-time homebuyer credit. Attach Form 5405 . . . . . . . . . . . . . | 69 | | |
| 70 Recovery rebate credit (see worksheet) . . . . . . . . . . . . . . . . . . . | 70 | | |

| | | |
|---|---|---|
| 71 Add lines 62 through 70. These are your **total payments** . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **71** | 180,000. |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

| | | |
|---|---|---|
| 72 If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** . . . . . . . . . . . . . | **72** | 24,214. |
| 73a Amount of line 72 you want **refunded to you**. If Form 8888 is attached, check here. . ►☐ | **73a** | 24,214. |

► b Routing number . . . . . . . XXXXXXXXXX   ► c Type: ☐ Checking  ☐ Savings
► d Account number . . . . . . . XXXXXXXXXXXXXXXXXXXXXX

| | | |
|---|---|---|
| 74 Amount of line 72 you want applied to your 2009 estimated tax . . . . . . . ► 74 | | |

**Amount You Owe**

| | | |
|---|---|---|
| 75 Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions . . . . . . . . . . . . . . . ► | **75** | |
| 76 Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . . . . . . | 76 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . . . . . ☒ **Yes.** Complete the following. ☐ **No**

Designee's name ► Preparer   Phone no. ►   Personal identification number (PIN) ►

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | LAWYER | 602-989-2347 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| ► | | LAWYER | |

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ► Bradley L. Huss | Date 10/15/12 | Check if self-employed ☐  Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ► Brad Huss & Associates, Inc. 8010 E. Morgan Trail, Ste 10 Scottsdale, AZ 85258 | | EIN 86-1014422  Phone no. (480) 998-1060 |

Form **1040** (2008)

AmGen (Cheney)000624

Schedule E (Form 1040) 2008      Attachment Sequence No. **13**      Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number

GREGG H. TEMPLE AND CYNTHIA V. CHENEY

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II   Income or Loss From Partnerships and S Corporations**

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?..... ☐ Yes   ☒ No

If you answered 'Yes,' see instructions before completing this section.

| 28   (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|
| A Faddell Cheney & Burt PLLC | P | | 86-0842363 | |
| B Village at Christopher Creek LLC | P | | 86-0855664 | |
| C Little Creek Land Co Inc | S | | 26-1842148 | |
| D Gregg H. Temple P.C. | S | | 86-0803432 | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | 2,080. | 143,586. |
| B | | | | | |
| C | | | 57,415. | | |
| D | | | | 187. | 42,794. |
| 29a Totals | | | | | 186,380. |
| b Totals | | | 57,415. | 2,267. | |

| 30 | Add columns (g) and (j) of line 29a............................................. | 30 | 186,380. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b.......................................... | 31 | -59,682. |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below. | 32 | 126,698. |

**Part III   Income or Loss From Estates and Trusts**

| 33   (a) Name | (b) Employer ID no. |
|---|---|
| A | |
| B | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a............................................. | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b............................................. | 36 | |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below. | 37 | |

**Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder**

| 38   (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|
| | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below............ | 39 | |
|---|---|---|---|

**Part V   Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below............................. | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18.................................................... ▶ | 41 | 126,698. |

42   Reconciliation of farming and fishing income. Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions)........................ 42

43   Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules......... 43

**BAA**      FDIZ2302L   06/04/08      Schedule **E** (Form 1040) 2008

AmGen (Cheney)000632

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2009** | | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|---|

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 2009, or other tax year beginning _____ , 2009, ending _____ , 20 _____

**Label** (See instructions.)

Your first name  MI  Last name
GREGG H. TEMPLE

Your social security number _____

If a joint return, spouse's first name  MI  Last name
CYNTHIA V. CHENEY

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.
5507 E. CALLE DEL PAISANO

City, town or post office. If you have a foreign address, see instructions.  State  ZIP code
PHOENIX, AZ 85018

You **must** enter your social security number(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ............ ▶ [X] You   [X] Spouse

**Filing Status**

Check only one box.

1. ☐ Single
2. [X] Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a ...........
b [X] Spouse ...........................................................................................

Boxes checked on 6a and 6b .. **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| MERYL TEMPLE | | Daughter | |
| ROSS TEMPLE | | Son | |

No. of children on 6c who:
• lived with you ..... **2**
• did not live with you due to divorce or separation (see instrs) ..... ____
Dependents on 6c not entered above ..... ____

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed ................................................

Add numbers on lines above ..... ▶ **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............................ | 7 | 38,000. |
| 8a **Taxable** interest. Attach Schedule B if required ........................... | 8a | 17. |
| b Tax-exempt interest. **Do not** include on line 8a..... | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required ........................ | 9a | 558. |
| b Qualified dividends (see instrs)..... | 9b | 218. | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .................. | 10 | |
| 11 Alimony received ............................................................. | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ................................ | 12 | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here.......................... ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 ........................................ | 14 | |
| 15a IRA distributions ............ 15a | b Taxable amount (see instrs).. | 15b | |
| 16a Pensions and annuities...... 16a | b Taxable amount (see instrs).. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | -23,948. |
| 18 Farm income or (loss). Attach Schedule F............................................. | 18 | |
| 19 Unemployment compensation in excess of $2,400 per recipient (see instructions) ................. | 19 | |
| 20a Social security benefits........... 20a | b Taxable amount (see instrs).. | 20b | |
| 21 Other income _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income**..... ▶ | 22 | 14,627. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 Educator expenses (see instructions)........................... | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ.................... | 24 | | |
| 25 Health savings account deduction. Attach Form 8889....... | 25 | 825. | |
| 26 Moving expenses. Attach Form 3903....................... | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE ...... | 27 | 3,162. | |
| 28 Self-employed SEP, SIMPLE, and qualified plans .......... | 28 | | |
| 29 Self-employed health insurance deduction (see instructions)............ | 29 | 18,435. | |
| 30 Penalty on early withdrawal of savings..................... | 30 | | |
| 31a Alimony paid  b Recipient's SSN.... ▶ _____ | 31a | | |
| 32 IRA deduction (see instructions)........................... | 32 | | |
| 33 Student loan interest deduction (see instructions).......... | 33 | | |
| 34 Tuition and fees deduction. Attach Form 8917.............. | 34 | 2,575. | |
| 35 Domestic production activities deduction. Attach Form 8903 ............. | 35 | | |
| 36 Add lines 23 - 31a and 32 - 35 .................................................... | 36 | 24,997. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income**..................... ▶ | 37 | -10,370. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112L 09/17/09   Form **1040** (2009)

AmGen (Cheney)000660

Form **1040** (2009)   GREGG H. TEMPLE AND CYNTHIA V. CHENEY   Page **2**

| | | |
|---|---|---|
| **Tax and Credits** | 38  Amount from line 37 (adjusted gross income) | **38** | -10,370. |

**39a** Check if: ☐ **You** were born before January 2, 1945, ☐ **Blind. Total boxes**
☐ **Spouse** was born before January 2, 1945, ☐ **Blind. checked ► 39a**

**b** If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► **39b** ☐

**Standard Deduction for —**
● People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see instructions.

● All others:

Single or Married filing separately, $5,700

Married filing jointly or Qualifying widow(er), $11,400

Head of household, $8,350

| | | |
|---|---|---|
| 40 a  Itemized deductions (from Schedule A) **or** your standard deduction (see left margin) | **40a** | 51,117. |
| **b** If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions) ► **40b** ☐ | | |
| 41  Subtract line 40a from line 38 | **41** | -61,487. |
| 42  Exemptions. If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions | **42** | 14,600. |
| 43  Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 0. |
| 44  **Tax** (see instrs). Check if any tax is from:  **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | **44** | 0. |
| 45  **Alternative minimum tax** (see instructions). Attach Form 6251 | **45** | 0. |
| 46  Add lines 44 and 45 ► | **46** | 0. |
| 47  Foreign tax credit. Attach Form 1116 if required | **47** | |
| 48  Credit for child and dependent care expenses. Attach Form 2441 | **48** | |
| 49  Education credits from Form 8863, line 29 | **49** | |
| 50  Retirement savings contributions credit. Attach Form 8880 | **50** | |
| 51  Child tax credit (see instructions) | **51** | |
| 52  Credits from Form:  **a** ☐ 8396  **b** ☐ 8839  **c** ☐ 5695 | **52** | |
| 53  Other crs from Form:  **a** ☐ 3800  **b** ☐ 8801  **c** ☐ | **53** | |
| 54  Add lines 47 through 53. These are your **total credits** | **54** | |
| 55  Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ► | **55** | 0. |

| | | |
|---|---|---|
| **Other Taxes** | 56  Self-employment tax. Attach Schedule SE | **56** | 6,323. |

| | | |
|---|---|---|
| 57  Unreported social security and Medicare tax from Form:  **a** ☐ 4137  **b** ☐ 8919 | **57** | |
| 58  Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **58** | |
| 59  Additional taxes:  **a** ☐ AEIC payments  **b** ☐ Household employment taxes. Attach Schedule H | **59** | |
| 60  Add lines 55-59. This is your **total tax** ► | **60** | 6,323. |

| | | | |
|---|---|---|---|
| **Payments** | 61  Federal income tax withheld from Forms W-2 and 1099 | **61** | 16,500. | |
| | 62  2009 estimated tax payments and amount applied from 2008 return | **62** | | |

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 63  Making work pay and government retiree credit. Attach Schedule M | **63** | 800. | |
| 64 a  **Earned income credit (EIC)** No | **64a** | | |
| **b** Nontaxable combat pay election ► **64b** | | | |
| 65  Additional child tax credit. Attach Form 8812 | **65** | | |
| 66  Refundable education credit from Form 8863, line 16 | **66** | | |
| 67  First-time homebuyer credit. Attach Form 5405 | **67** | | |
| 68  Amount paid with request for extension to file (see instructions) | **68** | | |
| 69  Excess social security and tier 1 RRTA tax withheld (see instructions) | **69** | | |
| 70  Credits from Form:  **a** ☐ 2439  **b** ☐ 4136  **c** ☐ 8801  **d** ☐ 8885 | **70** | | |
| 71  Add lns 61-63, 64a, & 65-70. These are your **total pmts** ► | **71** | 17,300. | |

| | | | |
|---|---|---|---|
| **Refund** | 72  If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | **72** | 10,977. |
| | 73 a  Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here. ► ☐ | **73a** | 10,977. |

Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

**► b** Routing number XXXXXXXXXX  **► c** Type: ☐ Checking ☐ Savings
**► d** Account number XXXXXXXXXXXXXXXXXXXXXX

| | | |
|---|---|---|
| 74  Amount of line 72 you want applied to your 2010 estimated tax ► **74** | | |

| | | |
|---|---|---|
| **Amount You Owe** | 75  Amount you owe. Subtract line 71 from line 60. For details on how to pay, see instructions ► | **75** |
| | 76  Estimated tax penalty (see instructions) **76** | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ **No**
Designee's name ► Bradley L.Huss   Phone no. ► (480) 998-1060   Personal identification number (PIN) ► 85258

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | LAWYER | 602-989-2347 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| ► | | LAWYER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ► Bradley L.Huss | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ► Brad Huss & Associates, Inc. | | | |
| 8010 E. Morgan Trail, Ste 10 | | EIN | 86-1014422 |
| Scottsdale, AZ 85258 | | Phone no. | (480) 998-1060 |

Form **1040** (2009)

AmGen (Cheney)000661

| SCHEDULE SE<br>(Form 1040) | **Self-Employment Tax** | OMB No. 1545-0074<br>**2009** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► **Attach to Form 1040.** ► **See Instructions for Schedule SE (Form 1040).** | Attachment<br>Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040)<br>CYNTHIA V. CHENEY | Social security number of person<br>with **self-employment** income ► |
|---|---|

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, above.



## Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1 a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A.......... | | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y.......... | | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report.......... | | **2** | 44,751. |
| **3** Combine lns 1a, 1b & 2.......... | | **3** | 44,751. |
| **4** **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax.......... ► | | **4** | 41,328. |
| **5** **Self-employment tax.** If the amount on line 4 is: | | | |
| ● $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56.** | | | |
| ● More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56.** | ......... | **5** | 6,323. |
| **6** **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27**.......... | **6** | 3,162. | |

| BAA For Paperwork Reduction Act Notice, see Form 1040 instructions. | FDIA1101L 10/21/09 | Schedule **SE** (Form 1040) 2009 |
|---|---|---|

AmGen (Cheney)000665

| Form **1040** | Department of the Treasury — Internal Revenue Service **U.S. Individual Income Tax Return** | **2010** | (99) | IRS Use Only — Do not write or staple in this space. | | OMB No. 1545-0074 |
|---|---|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20

**Name, Address, and SSN**

See separate instructions.

Your first name MI Last name: **GREGG H. TEMPLE**

If a joint return, spouse's first name MI Last name: **CYNTHIA V. CHENEY**

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.: **5507 E. CALLE DEL PAISANO**

City, town or post office. If you have a foreign address, see instructions. State ZIP code: **PHOENIX, AZ 85018**

Your social security number

**Make sure the SSN(s) above and on line 6c are correct.**

**Presidential Election Campaign**

Check here if you, or your spouse if filing jointly, want $3 to go to this fund? ▶ [X] You [X] Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1. ☐ Single
2. [X] Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a

b [X] Spouse

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| (1) First name Last name | | | |

Boxes checked on 6a and 6b . . **2**

No. of children on 6c who:
● lived with you . . . . .
● did not live with you due to divorce or separation (see instrs). . . .

Dependents on 6c not entered above .

If more than four dependents, see instructions and check here . . ▶

Add numbers on lines above . . . . ▶ **2**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 38,000. |
| 8a Taxable interest. Attach Schedule B if required | **8a** | 71. |
| b Tax-exempt interest. Do not include on line 8a | **8b** | |
| 9a Ordinary dividends. Attach Schedule B if required | **9a** | 196. |
| b Qualified dividends | **9b** 196. | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes | **10** | |
| 11 Alimony received | **11** | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | **13** | -3,000. |
| 14 Other gains or (losses). Attach Form 4797 | **14** | |
| 15a IRA distributions. . . . . . . . . . . **15a** | b Taxable amount. . . . . . . . . . . | **15b** | 14,200. |
| 16a Pensions and annuities . . . . . . **16a** | b Taxable amount. . . . . . . . . . . | **16b** | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | -20,706. |
| 18 Farm income or (loss). Attach Schedule F | **18** | |
| 19 Unemployment compensation | **19** | |
| 20a Social security benefits . . . . . . . . . . **20a** | b Taxable amount. . . . . . . . . . . | **20b** | |
| 21 Other income Net Operating Loss Carryover _____ Stmt 1 | **21** | -10,560. |
| 22 Combine the amounts in the far right column for lines 7 through 21. This is your **total income**. . . . . . . . . . . ▶ | **22** | 18,201. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 Educator expenses | **23** | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | **24** | | |
| 25 Health savings account deduction. Attach Form 8889 | **25** | 955. | |
| 26 Moving expenses. Attach Form 3903 | **26** | | |
| 27 One-half of self-employment tax. Attach Schedule SE | **27** | 1,191. | |
| 28 Self-employed SEP, SIMPLE, and qualified plans | **28** | | |
| 29 Self-employed health insurance deduction | **29** | 10,508. | |
| 30 Penalty on early withdrawal of savings | **30** | | |
| 31a Alimony paid b Recipient's SSN . . . . ▶ _____ | **31a** | | |
| 32 IRA deduction | **32** | | |
| 33 Student loan interest deduction | **33** | | |
| 34 Tuition and fees. Attach Form 8917 | **34** | 745. | |
| 35 Domestic production activities deduction. Attach Form 8903 | **35** | | |
| 36 Add lines 23 - 31a and 32 - 35 | **36** | | 13,399. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | **37** | | 4,802. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** FDIA (Temple/Cheney) 07/08/02 1040 (2010)

Form 1040 (2010)   GREGG H. TEMPLE AND CYNTHIA V. CHENEY                                             Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income)............................ | 38 | 4,802. |

39a Check [ ] You were born before January 2, 1946, [ ] Blind. **Total boxes**
if: [ ] Spouse was born before January 2, 1946, [ ] Blind. **checked** ► 39a

b If your spouse itemizes on a separate return, or you were a dual-status alien, check here....... ► 39b

| | | |
|---|---|---|
| 40 Itemized deductions (from Schedule A) or your standard deduction (see instructions).................. | 40 | 26,171. |
| 41 Subtract line 40 from line 38................................................. | 41 | -21,369. |
| 42 **Exemptions.** Multiply $3,650 by the number on line 6d................................ | 42 | 7,300. |
| 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0-. | 43 | 0. |
| 44 **Tax** (see instrs). Check if any tax is from:  a [ ] Form(s) 8814 | | |
|         b [ ] Form 4972........................... | 44 | 0. |
| 45 **Alternative minimum tax** (see instructions). Attach Form 6251......................... | 45 | 0. |
| 46 Add lines 44 and 45................................................ ► | 46 | 0. |

| | | | |
|---|---|---|---|
| 47 Foreign tax credit. Attach Form 1116 if required............ | 47 | | |
| 48 Credit for child and dependent care expenses. Attach Form 2441.......... | 48 | | |
| 49 Education credits from Form 8863, line 23.................. | 49 | | |
| 50 Retirement savings contributions credit. Attach Form 8880... | 50 | | |
| 51 Child tax credit (see instructions).......................... | 51 | | |
| 52 Residential energy credits. Attach Form 5695.............. | 52 | | |
| 53 Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ] | 53 | | |

| | | |
|---|---|---|
| 54 Add lines 47 through 53. These are your **total credits**................ | 54 | |
| 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0-.............. ► | 55 | 0. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 56 Self-employment tax. Attach Schedule SE............... | 56 | 2,381. |
| | 57 Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919....... | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required......... | 58 | |
| | 59a [ ] Form(s) W-2, box 9   b [ ] Schedule H   c [ ] Form 5405, line 16..... | 59 | |
| | 60 Add lines 55-59. This is your **total tax**.............................. ► | 60 | 2,381. |

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099...... | 61 | 10,000. | | |
| | 62 2010 estimated tax payments and amount applied from 2009 return........ | 62 | | | |
| **If you have a qualifying child, attach Schedule EIC.** | 63 Making work pay credit. Attach Schedule M.............. | 63 | 800. | | |
| | 64a **Earned income credit (EIC)**........................No | 64a | | | |
| |   b Nontaxable combat pay election..... ► 64b | | | | |
| | 65 Additional child tax credit. Attach Form 8812.............. | 65 | | | |
| | 66 American opportunity credit from Form 8863, line 14........ | 66 | | | |
| | 67 First-time homebuyer credit from Form 5405, line 10........ | 67 | | | |
| | 68 Amount paid with request for extension to file.............. | 68 | | | |
| | 69 Excess social security and tier 1 RRTA tax withheld........ | 69 | | | |
| | 70 Credit for federal tax on fuels. Attach Form 4136.......... | 70 | | | |
| | 71 Credits from Form: a [ ] 2439  b [ ] 8839  c [ ] 8801  d [ ] 8885. | 71 | | | |
| | 72 Add lns 61-63, 64a, & 65-71. These are your **total pmts**................... ► | 72 | | 10,800. |

| | | | |
|---|---|---|---|
| **Refund** | 73 If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid**........ | 73 | 8,419. |
| | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here. ► [ ] | 74a | 8,419. |
| **Direct deposit? See instructions.** | ► b Routing number........ 122105498   ► c Type: [X] Checking   [ ] Savings | | |
| | ► d Account number........ 8091695331 | | |
| | 75 Amount of line 73 you want applied to your 2011 estimated tax....... ► | 75 | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 76 Amount you owe. Subtract line 72 from line 60. For details on how to pay see instructions.............. ► | 76 | |
| | 77 Estimated tax penalty (see instructions)................... | 77 | |

Do you want to allow another person to discuss this return with the IRS (see instructions)?........ [X] **Yes.** Complete below.   [ ] **No**

| | | | |
|---|---|---|---|
| **Third Party Designee** | Designee's name ► Bradley L.Huss | Phone no. ► (480) 998-1060 | Personal identification number (PIN) ► 85258 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Joint return? See instructions.**
**Keep a copy for your records.**

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ► | | LAWYER | 602-989-2347 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| ► | | LAWYER | |

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Bradley L.Huss | Bradley L.Huss | | | P01338186 |
| Firm's name ► Brad Huss & Associates, Inc. | | | | |
| Firm's address ► 8010 E. Morgan Trail, Ste 10 | | Firm's EIN ► 86-1014422 | | |
| Scottsdale, AZ 85258 | | Phone no. (480) 998-1060 | | |

Form **1040** (2010)

FDIA0112L  12/22/10

AmGen (Cheney)000693

**SCHEDULE SE**
**(Form 1040)**

**Self-Employment Tax**

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **17**

Department of the Treasury
Internal Revenue Service    (99) ► **Attach to Form 1040 or Form 1040NR.** ► **See Instructions for Schedule SE (Form 1040).**

Name of person with **self-employment income** (as shown on Form 1040)

CYNTHIA V. CHENEY

Social security number of person
with **self-employment** income ►

***Before you begin:*** To determine if you must file Schedule SE, see the instructions.

**May I Use Short Schedule SE or Must I Use Long Schedule SE?**
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE,* in the instructions.



**Section A — Short Schedule SE. Caution.** Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Statement 4 . . . . . . . . . . . . . . . . . | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 27,362. |
| **3** Combine lines 1a, 1b, and 2. Subtract from that total the amount on Form 1040, line 29, or Form 1040NR, line 29, and enter the result (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 16,854. |
| **4** Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **4** | 15,565. |
| **Note.** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** **Self-employment tax.** If the amount on line 4 is: | | |
| ● $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 56,** or **Form 1040NR, line 54.** | | |
| ● More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56,** or **Form 1040NR, line 54.** . . . . . . . | **5** | 2,381. |
| **6** **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27** or **Form 1040NR, line 27.** . . . . . . | **6**   1,191. | |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule **SE** (Form 1040) 2010

# EXHIBIT 33

**Schedule K-1**
(Form 1065)

**Partner's Share of Income, Credits, Deductions, etc**

OMB No. 1545-0099

**2003**

Department of the Treasury
Internal Revenue Service

For calendar year 2003 or tax year
beginning ____, 2003, and ending ____ , 20

Partner's identifying number ►
Partner's name, address, and ZIP code

Partnership's identifying number ► 86-0842363
Partnership's name, address, and ZIP code

CYNTHIA CHENEY
1601 N. 7TH STREET, # 400
PHOENIX, AZ 85006

FADELL, CHENEY, & BURT, P.L.L.C.
1601 NORTH 7TH STREET, # 400
PHOENIX, AZ 85006

A This partner is a ☐ general partner ☐ limited partner
  ☒ limited liability company member
B What type of entity is this partner?.... ► INDIVIDUAL
C Is this partner a ☒ domestic or a ☐ foreign partner?
D Enter partner's % of: (i) Before change or termination (ii) End of year
  Profit sharing .... 0.33 %  0.33 %
  Loss sharing ..... 0.33 %  0.33 %
  Ownership of capital.. 0.33 %  0.33 %
E IRS Center where partnership filed return: OGDEN, UT
J Analysis of partner's capital account:

F Partner's share of liabilities (see instructions):
  Nonrecourse........................... $ _____ 19,617.
  Qualified nonrecourse financing........ $ _____
  Other................................ $ _____
G Tax shelter registration number ► _____
H Check here if this partnership is a publicly traded partnership
  as defined in section 469(k)(2)........................ ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☒ Amended K-1

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 42,272. | | 14,029. | ( 90,113.) | -33,812. |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities.......... | 1 | 19,206. | |
| | 2 Net income (loss) from rental real estate activities .................. | 2 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 Net income (loss) from other rental activities ...................... | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest income................................................. | 4a | 85. | Form 1040, line 8a |
| | b (1) Qualified dividends........................................ | 4b(1) | | Form 1040, line 9b |
| | (2) Total ordinary dividends..................................... | 4b(2) | | Form 1040, line 9a |
| | c Royalty income................................................ | 4c | | Schedule E, Part I, line 4 |
| | d (1). Net short-term capital gain (loss) (post-May 5, 2003)........ | 4d(1) | | Schedule D, line 5, column (g) |
| | (2) Net short-term capital gain (loss) (entire year)............... | 4d(2) | | Schedule D, line 5, column f) |
| | e (1) Net long-term capital gain (loss) (post-May 5, 2003).......... | 4e(1) | | Schedule D, line 12, column g) |
| | (2) Net long-term capital gain (loss) (entire year)................ | 4e(2) | | Schedule D, line 12, column (f) |
| | f Other portfolio income (loss) (attach schedule)................... | 4f | | |
| | 5 Guaranteed payments to partner............................... | 5 | 14,543. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6a Net section 1231 gain (loss) (post-May 5, 2003).... ............ | 6a | | |
| | b Net section 1231 gain (loss) (entire year)....................... | 6b | | |
| | 7 Other income (loss) (attach schedule)........................... | 7 | | |
| **Deductions** | 8 Charitable contributions (see instructions) (attach schedule) .............. | 8 | | Schedule A, line 15 or 16 |
| | 9 Section 179 expense deduction.................................. | 9 | 3,291. | |
| | 10 Deductions related to portfolio income (attach schedule) ................. | 10 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 11 Other deductions (attach schedule) .................. SEE LINE 25 | 11 | 14,543. | |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships.......................... | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1)................................... | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities................................................ | 12b | | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities............................ | 12c | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities......................... | 12d | | |
| | 13 Other credits .................................................. | 13 | | |

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.
PTPA0312L 10/21/03
Schedule K-1 (Form 1065) 2003

PARTNER 2

Schedule K-1 (Form 1065) 2003   FADELL, CHENEY, & BURT, P.L.L.C.    86-0842363     Page **2**

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Invest-ment Interest** | 14a Interest expense on investment debts...........................   14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f.....   14b(1) | 85. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 ...................   14b(2) | | |
| **Self-employ-ment** | 15a Net earnings (loss) from self-employment ......................   15a | 49,488. | Schedule SE, Section A or B |
| | b Gross farming or fishing income ...............................   15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income........................................   15c | | |
| **Adjust-ments and Tax Pref-erence Items** | 16a Depreciation adjustment on property placed in service after 1986 ...............   16a | -3,434. | |
| | b Adjusted gain or loss...........................................   16b | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | c Depletion (other than oil and gas)...............................   16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties........   16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties.....   16d(2) | | |
| | e Other adjustments and tax preference items *(attach sch)* ....................   16e | | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession . ► _____ | | |
| | b Gross income from all sources ..............................   17b | | |
| | c Gross income sourced at partner level ......... ...........   17c | | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive...........................................   17d(1) | | |
| | (2) Listed categories *(attach schedule)* ........................   17d(2) | | |
| | (3) General limitation......................................   17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | Form 1116, Part I |
| | (1) Interest expense........................................   17e(1) | | |
| | (2) Other................................................   17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive..............................................   17f(1) | | |
| | (2) Listed categories *(attach schedule)* ...........................   17f(2) | | |
| | (3) General limitation ......................................   17f(3) | | |
| | g Total foreign taxes (check one): ► ☐ Paid ☐ Accrued ..   17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* ...................   17h | . | Form 1116, line 12. |
| **Other** | 18a Section 59(e)(2) expenditures: a Type ► _____ | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount...................................................   18b | | |
| | 19 Tax-exempt interest income....................................   19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income......................................   20 | | |
| | 21 Nondeductible expenses......................................   21 | 1,155. | |
| | 22 Distributions of money (cash and marketable securities)...........   22 | 90,113. | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 23 Distributions of property other than money.....................   23 | | |
| | 24 Recapture of low-income housing credit: | | |
| | a From section 42(j)(5) partnerships ............................   24a | | Form 8611, line 8 |
| | b Other than on line 24a........................................   24b | | |
| | 25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*: | | |

LINE 11
OTHER DEDUCTIONS

**Supple-mental Infor-mation**

PARTNER HEALTH INSURANCE....................................................................    $   14,543.

                                           TOTAL   $   14,543.

PARTNER 2:   CYNTHIA CHENEY       PTPA0912L   10/21/03        Schedule **K-1** (Form 1065) 2003

08/14/2006 15:09 FAX 602 254 8989          Fadell Cheney & Burt                              ☑008

| | | | | Final K-1 | ☒ Amended K-1 | | OMB No. 1545-0099 |
|---|---|---|---|---|---|---|---|

**Schedule K-1**
**(Form 1065)**                    **2004**

Department of the Treasury
Internal Revenue Service

Tax year beginning _____ , 2004
and ending _____ , 20 ___

**Partner's Share of Income, Deductions, Credits, etc.**          ► See separate instructions.

**Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | **15** | Credits & credit recapture |
| | 33,469. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | **16** | Foreign transactions |
| 4 | Guaranteed payments | | |
| | 14,458. | | |
| 5 | Interest income | | |
| | 17. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | **17** | Alternative minimum tax (AMT) items |
| | | A | -461. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | **18** | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | B | 724. |
| | | C | 533. |
| 12 | Section 179 deduction | **19** | Distributions |
| | 3,285. | A | 30,090. |
| 13 | Other deductions | | |
| L | 14,458. | **20** | Other information |
| | | A | 17. |
| 14 | Self-employment earnings (loss) | | |
| A | 47,927. | | |

### Information About the Partnership

**A** Partnership's employer identification number
86-0842363

**B** Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY, & BURT, P.L.L.C.
1601 NORTH 7TH STREET, # 400
PHOENIX, AZ 85006

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

### Information About the Partner

**G** Partner's identifying number

**H** Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 N. 7TH STREET, # 400
PHOENIX, AZ 85006

**I** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33 % | 30.3 % |
| Loss | 33 % | 30.3 % |
| Capital | 33 % | 30.3 % |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse.................... $ | 10,863. |
| Qualified nonrecourse financing....... $ | |
| Recourse......................... $ | |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account............ $ | -33,812. |
| Capital contributed during the year..... $ | |
| Current year increase (decrease)...... $ | 30,090. |
| Withdrawals and distributions......... $ ( | 30,090.) |
| Ending capital account............... $ | -33,812. |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

*See attached schedule for additional information.

*(F O R   I R S   U S E   O N L Y)*

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2004
PARTNER 2          PTPA0312L 01/05/05

**Schedule K-1**
**(Form 1065)**

**2005**

For calendar year 2005, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2005
ending _____ ,

**Partner's Share of Income, Deductions,**
**Credits, etc.**      ► **See separate instructions.**

| | Final K-1 | Amended K-1 | 651105 |
| | | | OMB No. 1545-0099 |

**Part III**  **Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -92,705. | 15 | Credits & credit recapture |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments 10,784. | | |
| 5 | Interest income 303. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | -9,896. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C* | 2,705. |
| 12 | Section 179 deduction 5,028. | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
| M | 10,784. | A | 303. |
| 14 | Self-employment earnings (loss) | | |
| A | -81,921. | | |

**Part I**  **Information About the Partnership**

**A** Partnership's employer identification number
86-0842363

**B** Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

**Part II**  **Information About the Partner**

**G** Partner's identifying number

**H** Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET    #400
PHOENIX, AZ 85006

**I** ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

**J** ☒ Domestic partner     ☐ Foreign partner

**K** What type of entity is this partner? INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 30.3 % | FORMULA % |
| Loss | 30.3 % | FORMULA % |
| Capital | 30.3 % | FORMULA % |

**M** Partner's share of liabilities at year end:
Nonrecourse.........................$ 108,116.
Qualified nonrecourse financing .......$ _____
Recourse...........................$ _____

**N** Partner's capital account analysis:
Beginning capital account.............$ -33,812.
Capital contributed during the year.....$ _____
Current year increase (decrease) .......$ -105,282.
Withdrawals and distributions.........$ _____
Ending capital account......... .......$ -139,094.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

FOR IRS USE ONLY

**BAA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.**
PARTNER 2

Schedule K-1 (Form 1065) 2005
PTPA0312L 01/19/06

AmGen (Cheney)000189

651106

| Final K-1 | Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)** **2006**
For calendar year 2006, or tax

Department of the Treasury
Internal Revenue Service
year beginning _____, 2006
ending _____,

**Partner's Share of Income, Deductions,**
**Credits, etc.** ► See separate instructions.

**Part I** **Information About the Partnership**

A Partnership's employer identification number
86-0842363

B Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)
E Tax shelter registration number, if any _____
F ☐ Check if Form 8271 is attached

**Part II** **Information About the Partner**

G Partner's identifying number

H Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET #400
PHOENIX, AZ 85006

I ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

J ☒ Domestic partner ☐ Foreign partner

K What type of entity is this partner? INDIVIDUAL

L Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA % | FORMULA % |
| Loss | FORMULA % | FORMULA % |
| Capital | FORMULA % | FORMULA % |

M Partner's share of liabilities at year end:
Nonrecourse.................... $ 137,970.
Qualified nonrecourse financing...... $
Recourse........................... $

N Partner's capital account analysis:
Beginning capital account ......... $ -139,094.
Capital contributed during the year. . $
Current year increase (decrease). ... $ 260,042.
Withdrawals and distributions.. .... $ ( 125,159.)
Ending capital account............. $ -4,211.

☒ Tax basis ☐ GAAP ☐ Section 704(b) book
☐ Other (explain)

**Part III** **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 263,878. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments 12,638. | | |
| 5 | Interest income 4,514. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | A | -9,043. |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C* | 1,704. |
| | | 19 | Distributions |
| 12 | Section 179 deduction 2,179. | A | 125,159. |
| 13 | Other deductions | 20 | Other information |
| A | 100. | | |
| C | 62. | A | 4,514. |
| L | 12,638. | | |
| 14 | Self-employment earnings (loss) | | |
| A | 276,516. | | |

*See attached statement for additional information.

BAA For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.
PARTNER 2

Schedule K-1 (Form 1065) 2006
AmGen (Cheney) 068048 12/08/06

651107

| | Final K-1 | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

**Schedule K-1**
**(Form 1065)**
**2007**
For calendar year 2007, or tax

Department of the Treasury
Internal Revenue Service
year beginning _____, 2007
ending _____,

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
86-0842363

**B** Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET    #400
PHOENIX, AZ 85006

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | FORMULA % | FORMULA % |
| Loss | FORMULA % | FORMULA % |
| Capital | FORMULA % | FORMULA % |

**K** Partner's share of liabilities at year end:
Nonrecourse............... $ _____
Qualified nonrecourse financing....... $ _____
Recourse................... $ _____

**L** Partner's capital account analysis:
Beginning capital account.......... $    -4,211.
Capital contributed during the year. . $ _____
Current year increase (decrease)..... $    132,267.
Withdrawals and distributions........ $ (  133,964.)
Ending capital account......... $    -5,908.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 135,151. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | 13,865. |
| 5 | Interest income | 8,328. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | . |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | 1,201. |
| 13 | Other deductions | L   13,865. |
| 14 | Self-employment earnings (loss) | A   149,016. |

| # | Item | Amount |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | A   -4,353. |
| 18 | Tax-exempt income and nondeductible expenses | C*   3,305. |
| 19 | Distributions | A   133,964. |
| 20 | Other information | A   8,328. |

*See attached statement for additional information.

**FOR IRS USE ONLY**

651108

| | Final K-1 ☐ | Amended K-1 ☐ | OMB No. 1545-0099 |

| **Schedule K-1** | **2008** |
| (Form 1065) | For calendar year 2008, or tax |
| Department of the Treasury Internal Revenue Service | year beginning _____ , 2008 ending _____ , |

**Partner's Share of Income, Deductions, Credits, etc.**    ► See separate Instructions.

| **Part I** | **Information About the Partnership** |

**A** Partnership's employer identification number
86-0842363

**B** Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET    #400
PHOENIX, AZ 85006

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 33.33 % | 32.3 % |
| Loss | 33.33 % | 32.3 % |
| Capital | 33.33 % | 32.3 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 91,997. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -5,908. |
| Capital contributed during the year | $ 462. |
| Current year increase (decrease) | $ 10,299. |
| Withdrawals and distributions | $ ( 3,094.) |
| Ending capital account | $ 1,759. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**Part III**  **Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 | Ordinary business income (loss) | 128,231. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | 15,355. | | |
| 5 | Interest income | 1,191. | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items |
| | | | A | -479. |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | C* | 3,603. |
| 12 | Section 179 deduction | 2,080. | 19 | Distributions |
| | | | A | 3,094. |
| 13 | Other deductions | | | |
| | M | 14,462. | 20 | Other information |
| | | | A | 1,191. |
| 14 | Self-employment earnings (loss) | | | |
| | A | 143,586. | | |

*See attached statement for additional information.

**F O R**  **I R S**  **U S E**  **O N L Y** (vertical label, right side)

651109

**2009**

For calendar year 2009, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Partnership |
|---|---|

A
86-0842363

B

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ   85006

C
Ogden, UT

D ☐

| Part II | Information About the Partner |
|---|---|

E
[redacted]

F

CYNTHIA CHENEY
1601 NORTH 7TH STREET   #400
PHOENIX, AZ 85006

G [X]
    member-manager         ☐ member
H [X]
I               Individual

J
|  | Beginning | Ending |
|---|---|---|
| Profit | 32.3% | 3.9113570% |
| Loss | 32.3% | 3.9113570% |
| Capital | 32.3% | 1.0000000 |

K
Nonrecourse ............................ $ _____
                                      $ _____
Recourse ................................ $   4,980.

L
............................ $   1,759.
.................. $
........................ $   24,006.
............................ $( 25,758.)
.................. $         7.

[X]   ☐   ☐
☐

M
☐ Yes   [X] No

| 1 | 25,190. | 15 | |
|---|---|---|---|
| 2 Net rental real estate income (loss) | | 16 | |
| 3 | | | |
| 4 | 19,561. | | |
| 5 | | | |
| 6a | | 17 | |
| 6b | | A | 1. |
| 7 Royalties | | 18 | |
| 8 | | C* | 233. |
| 9a | | | |
| 9b | | 19 Distributions | |
| | | A | 25,758. |
| 9c | | 20 | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| A | 44,751. | | |
| C | 69,599. | | |

CLIENT COPY

911261
12-08-09 LHA

14

AmGen (Cheney)000419   2

FADELL,CHENEY & BURT, P.L.L.C.                                    86-0842363

---

Schedule K-1              Nondeductible Expenses, Box 18, Code C

---

| Description | Partner Filing Instructions | Amount |
|---|---|---|
| Excluded meals and entertainment expenses | Nondeductible portion | 233. |
| Total to Schedule K-1, Box 18, Code C | | 233. |

---

Schedule K-1              Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | 25,190. | |
| Schedule K-1 income subtotal | | 25,190. |
| Nondeductible expenses | -233. | |
| Reverse Prior Period Prepaid Client Costs | -2,586. | |
| Prepaid Client Costs | 1,635. | |
| Other increases or decreases subtotal | | -1,184. |
| Total to Schedule K-1, Item L | | 24,006. |

---

Schedule K-1                        Footnotes

---

HEALTH INSURANCE                                                  18,435.

651110

**2010**

For calendar year 2010, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| Part I | Information About the Partnership |

**A**
86-0842363

**B**

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ  85006

**C**
Ogden, UT

**D** ☐

| Part II | Information About the Partner |

**E**

**F**

CYNTHIA CHENEY
1601 NORTH 7TH STREET   #400
PHOENIX, AZ 85006

**G** ☒

member-manager          member ☐

**H** ☒

**I**                Individual

**J**

|         | Beginning | Ending |
|---------|-----------|--------|
| Profit  | 3.9113570% | 5.9117000% |
| Loss    | 3.9113570% | 5.9117000% |
| Capital | 1.0000000% | 1.0000000 |

**K**

Nonrecourse ............................. $ _____
$ _____
Recourse ................................. $      5,035.

**L**

............................. $       7.
................. $ _____
......................... $   12,130.
............................. $(  11,998.)
................................. $     139.

☒   ☐   ☐
☐

**M**

☐ Yes    ☒ No

| 1 | | 13,922. | 15 | |
| 2 Net rental real estate income (loss) | | | 16 | |
| 3 | | | | |
| 4 | | 13,975. | | |
| 5 | | 71. | | |
| 6a | | | 17 | |
| 6b | | | A | 2. |
| 7 Royalties | | | 18 | |
| 8 | | | C* | 640. |
| 9a | | | | |
| 9b | | | 19 Distributions | |
| | | | A | 11,998. |
| 9c | | | 20 | |
| 10 | | | A | 71. |
| 11 | | | | |
| 12 | | 72. | | |
| 13 | | | | |
| 14 | A | 27,897. | | |
| | C | 84,839. | | |

011261
01-24-11 LHA

15                    AmGen (Cheney)000488   2

FADELL,CHENEY & BURT, P.L.L.C.                                    86-0842363

---

Schedule K-1          Nondeductible Expenses, Box 18, Code C

---

| Description | Partner Filing Instructions | Amount |
|---|---|---|
| Excluded meals and entertainment expenses | Nondeductible portion | 640. |
| Total to Schedule K-1, Box 18, Code C | | 640. |

---

Schedule K-1          Current Year Increases (Decreases)

---

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | 13,922. | |
| Interest income | 71. | |
| Schedule K-1 income subtotal | | 13,993. |
| Section 179 expense | -72. | |
| Schedule K-1 deductions subtotal | | -72. |
| Nondeductible expenses | -640. | |
| Reverse Prior Period Prepaid Client Costs | -2,471. | |
| PREPAID CLIENT COSTS | 1,320. | |
| Other increases or decreases subtotal | | -1,791. |
| Total to Schedule K-1, Item L | | 12,130. |

---

Schedule K-1                    Footnotes

---

HEALTH INSURANCE

651111

| | Final K-1 | | Amended K-1 | | | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

**2011**

For calendar year 2011, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2011
ending _____ , _____

**Partner's Share of Income, Deductions, Credits, etc.**    ► **See separate instructions.**

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | **15** | Credits |
|---|---|---|---|
| | 5,875. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | **16** | Foreign transactions |
| 4 | Guaranteed payments | | |
| | 24,823. | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | **17** | Alternative minimum tax (AMT) items |
| | | A | -1. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | **18** | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | **19** | Distributions |
| 12 | Section 179 deduction | A | 6,000. |
| 13 | Other deductions | | |
| | | **20** | Other information |
| 14 | Self-employment earnings (loss) | | |
| | A 30,698. | | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
86-0842363

**B** Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET   #400
PHOENIX, AZ 85006

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 5.9117 % | 2.234 % |
| Loss | 5.9117 % | 2.234 % |
| Capital | 1 % | 0.00293 % |

**K** Partner's share of liabilities at year end:

| Nonrecourse | $ | 1,593. |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | |

**L** Partner's capital account analysis:

| Beginning capital account | $ | 139. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 5,875. |
| Withdrawals and distributions | $ ( | 6,000.) |
| Ending capital account | $ | 14. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

*See attached statement for additional information.

**F O R   I R S   U S E   O N L Y**

651112

**Schedule K-1**
**(Form 1065)**

**2012**

For calendar year 2012, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2012
ending _____ :

**Partner's Share of Income, Deductions,**
**Credits, etc.**   ▶ See separate instructions.

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0099

| Part III | **Partner's Share of Current Year Income,** |
|---|---|
| | **Deductions, Credits, and Other Items** |

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | 6,006. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| | 22,332. | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |

**Part I**   **Information About the Partnership**

**A**   Partnership's employer identification number
86-0842363

**B**   Partnership's name, address, city, state, and ZIP code

FADELL, CHENEY & BURT, P.L.L.C.
1601 N. 7TH STREET, SUITE #400
PHOENIX, AZ 85006

**C**   IRS Center where partnership filed return
E-FILE

**D**   ☐ Check if this is a publicly traded partnership (PTP)

**Part II**   **Information About the Partner**

**E**   Partner's identifying number

**F**   Partner's name, address, city, state, and ZIP code

CYNTHIA CHENEY
1601 NORTH 7TH STREET   #400
PHOENIX, AZ 85006

**G**   ☒ General partner or LLC member-manager      ☐ Limited partner or other LLC member

**H**   ☒ Domestic partner      ☐ Foreign partner

**I1**   What type of entity is this partner? (see instr) INDIVIDUAL

**I2**   If this partner is a retirement plan (IRA/SEP/Keogh/etc),
check here (see instructions)............................. ☐

**J**   Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 2.234 % | 16.2614 % |
| Loss | 2.234 % | 16.2614 % |
| Capital | 0.00293 % | 0.008 % |

**K**   Partner's share of liabilities at year end:

Nonrecourse.....................$ 4,883.
Qualified nonrecourse financing........$ _____
Recourse...........................$ _____

**L**   Partner's capital account analysis:

Beginning capital account..............$ 14.
Capital contributed during the year.....$ _____
Current year increase (decrease).......$ 6,006.
Withdrawals and distributions .........$ ( 6,000.)
Ending capital account ................$ 20.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M**   Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

| | | | |
|---|---|---|---|
| 12 | Section 179 deduction | 19 | Distributions |
| | | A | 6,000. |
| 13 | Other deductions | 20 | Other information |
| M | 19,247. | | |
| 14 | Self-employment earnings (loss) | | |
| A | 28,338. | | |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

**BAA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.**      Schedule **K-1** (Form 1065) 2012

PARTNER 2

PTPA0312L  01/02/13

AmGen (Cheney)000570